UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **24-3278**

Doe v. Delaware Valley Regional High School Board of Education

**ORDER**

      Although the plaintiff litigated under a pseudonym during the district-court proceedings, it does not appear he ever requested—or was granted—permission to conceal his name. If the plaintiff wishes to continue using a pseudonym on appeal, he must file in this Court a motion requesting such relief within thirty days of this order. If no such motion is timely filed, he may be required to reveal his name for inclusion in this appeal's caption.

For the Court,

  s/ Patricia S. Dodszuweit
Clerk

Dated: December 13, 2024
JK/cc: All Counsel of Record