# MURRAY-NOLAN BERUTTI LLC
## *Attorneys at Law*

**Partners**
Gwyneth K. Murray-Nolan (NJ, NY, DC)
Ronald A. Berutti (NJ, NY, KY, D. CO)

**Associate**
Rebecca Petersen (NJ)

**Reply to:** Ron@MNBlawfirm.com

**Of Counsel**
Beth Chambers (CO)

January 9, 2025

**Via ECF**
Patricia S. Dodszuwiet, Clerk
Third Circuit Court of Appeals
James A. Byrne United States Courthouse
601 Market Street
Philadelphia, PA  19106

        Re:    **Doe v. Delaware Valley High School Board of Ed. et als.**
                **Case No. 24-3278**
                **Our File No. 01195**

Dear Ms. Dodszuweit,

      This firm represents the plaintiff/appellant in the above referenced matter. Please accept this letter in lieu of a more formal request for stay of this action. I am the attorney on this matter and am scheduled to begin a 60 day medical leave of absence on Monday January 13, 2025. My firm consists of only three attorneys all with busy practices which cannot absorb my files. Moreover, I am the only attorney fully familiar with the case. As such, we respectfully request that this matter be stayed for a period of 60 days. We also request that all pending deadlines be extended by such amount as well. More specifically, the Court presently has set a deadline of January 13, 2025 for the plaintiff to file a motion seeking an Order permitting his continued use of a pseudonym. We respectfully request an extension of time to March 14, 2025.

      We thank the Court for consideration of the above and apologize for any inconvenience this request may cause. Given time limits for us to take actions necessary to protect the rights of all our clients, we have not sought the consent of our adversaries, but do not anticipate any objection.

                                            Respectfully submitted,
                                            **MURRAY-NOLAN BERUTTI LLC**

                                            */s/ Ronald A. Berutti*
                            By:_____
                                              Ronald A. Berutti

RAB/ad