OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



March 21, 2025

Valentina Recchhia
Shah Law Group
1040 Broad Street
Suite 304
Shrewsbury, NJ 07702

Roshan D. Shah
Shah Law Group
1040 Broad Street
Suite 304
Shrewsbury, NJ 07702

RE: John Doe v. Delaware Valley Regional High School Board of Educ, et al
Case Number: 24-3278
District Court Case Number: 3:24-cv-00107

Dear Counsel:

Pursuant to our docketing letter dated **December 13, 2024**, you were requested electronically file or complete the following in the above-entitled case:

**Appearance Form**

The above listed forms must be completed within **seven (7) days** of the date of this letter. **If the forms are not filed within the time stated, it will be presumed that you do not wish to participate in the appeal(s). You will receive no further notice of any action in the appeal(s), including issuance of a briefing schedule.**

Very Truly Yours,

s/ Patricia S. Dodszuweit
Clerk

By: s/ James King
Case Manager
Direct Dial: 267-299-4958

cc:   Katherine L. Anderson, Esq.
Ronald A. Berutti, Esq.
John J. Bursch, Esq.
Viviana M. Hanley, Esq.
Matthew J. Lynch, Esq.
Vincent M. Wagner, Esq.