**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

No. 24-3278

Christin Heaps　　vs.　　Delaware Valley Regional High School Board of Educ, et al

## ENTRY OF APPEARANCE

Please list the names of **all** parties represented, using additional sheet(s) if necessary:

Advancing American Freedom, Inc. [please see additional sheet]

Indicate the party's role IN THIS COURT (check **only** one):

☐ Petitioner(s)　　☐ Appellant(s)　　☐ Intervenor(s)

☐ Respondent(s)　　☐ Appellee(s)　　☑ Amicus Curiae

(Type or Print) Counsel's Name　John Marc Wheat

☑ Mr.　☐ Ms.　☐ Mrs.　☐ Miss　☐ Mx.

Firm　Advancing American Freedom, Inc.

Address　801 Pennsylvania Ave., NW Suite 930

City, State, Zip Code　Washington, DC 20004

Phone　703-258-9823　　　　Fax

**Primary E-Mail Address (required)**　mwheat@advancingamericanfreedom.com
**Additional E-Mail Address (1)**　timothy@advancingamericanfreedom.com
**Additional E-Mail Address (2)**
**Additional E-Mail Address (3)**

**If your organization has created a common or general email address for purposes of receiving ECF notices, that common email address MUST be one of the listed additional email addresses.** Notices generated from the Court's ECF system will be sent to both the primary e-mail and additional e-mail addresses. You are limited to 3 additional e-mail addresses.

**SIGNATURE OF COUNSEL:** _/s/ John Marc Wheat_

COUNSEL WHO FAIL TO FILE AN ENTRY OF APPEARANCE WILL NOT BE ENTITLED TO RECEIVE NOTICES OR COPIES OF DOCUMENTS INCLUDING BRIEFS AND APPENDICES. ONLY ATTORNEYS WHO ARE MEMBERS OF THIS COURT'S BAR OR WHO HAVE SUBMITTED A PROPERLY COMPLETED APPLICATION FOR ADMISSION MAY FILE AN APPEARANCE FORM.

A non-government attorney who is not currently in active status will be required to file the Attorney Admission Renewal /Adjustment of Status Form in order to proceed with the case. Bar admission is waived for Federal and Virgin Island government attorneys.

REV. 10/20/2020

Heaps 24-3278

Amici list

Advancing American Freedom, Inc.; Alaska Family Council; American Association of Senior Citizens; American Encore; American Values; Americans For Fair Treatment; Association of Mature American Citizens Action; Shawnna Bolick, Arizona State Senator, District 2; Center for Urban Renewal and Education (CURE); Christian Medical & Dental Associations; Coalition for Jewish Values; Defense of Freedom Institute for Policy Studies, Inc.; Eagle Forum; Eagle Forum of Georgia; Independent Women's Law Center; International Conference of Evangelical Chaplain Endorsers; James Dobson Family Institute; Tim Jones, Former Speaker, Missouri House, Chairman, Missouri Center-Right Coalition; Men and Women for a Representative Democracy in America, Inc.; Moms for America; Moms for Liberty; National Apostolic Christian Leadership Conference; National Association of Parents, Inc. dba ParentsUSA; National Center for Public Policy Research; National Religious Broadcasters; North Carolina Values Coalition; Melissa Ortiz, Principal & Founder, Capability Consulting; Rick Santorum, Former Senator 1995-2007; 60 Plus Association; Stand for Georgia Values Action; Students for Life of America; Tea Party Patriots Action, Inc.; The Justice Foundation; Tradition, Family, Property, Inc.; Women for Democracy in America, Inc.; Young America's Foundation