# COMBINED CERTIFICATIONS

I, Kayla A. Toney, hereby certify the following:

1. I am a member in good standing of the Bar of the United States Court of Appeals for the Third Circuit. 3d Cir. R. 28.3(d).

2. In accordance with L.A.R. 31.1.(c), a virus check was performed on this brief using Sophos Endpoint Virus Scan v.2025.1.1.4, and no virus was detected.

3. In accordance with L.A.R. 31.1(c), the text of the electronic copy of this brief filed using this Court's CM/ECF system is identical to the text in the paper copies filed with the Clerk.

July 7, 2025

/s/ *Kayla A. Toney*
Kayla A. Toney
*Counsel for Amicus Curiae*