

Roshan D. Shah | Managing Partner
rshah@shahlg.com
P: 732-398-6544 | F: 732-576-0027

September 4, 2025

**VIA CM/ECF ONLY**
Hon. Georgette Castner, U.S.D.J.
Clarkson S. Fisher Building
    & U.S. Courthouse
402 East State Street, Courtroom 5E
Trenton, NJ 08608

>   Re:   <u>Heaps v. Delaware Valley Reg'l High School Bd. of Ed., et al.</u>
>         **Civil Action No. 24-107 (GC-JBD)**

Dear Judge Castner:

This Firm represents Defendants Delaware Valley Regional High School Board of Education, Scott McKinney, and Ashley Miranda (collectively, the "Board Defendants") in the above-referenced matter. We write to bring to the Court's attention an issue that runs to the heart of the Court's subject matter jurisdiction over plaintiff Christin Heaps's injunctive relief claims—which are currently the subject of an appeal—and to re-open discovery on the limited issue of whether Heaps still resides in the district.

"The doctrine of mootness requires that 'an actual controversy must be extant at all stages of review, not merely at the time the complaint is filed.'" *N.J. Tpk. Auth. v. Jersey Cent. Power & Light*, 772 F.2d 25, 31 (3d Cir. 1985). Where a student leaves the district and is no longer subject to its policies, injunctive relief claims seeking to enjoin the offending policy become moot. *Scicchitano v. Mt. Carmel Area Sch. Bd.,* 46 Fed. Appx. 667, 671 (3d Cir. 2002).

Here's what we know so far: the Heaps family suffered a tragic house fire earlier this year and were temporarily displaced and living in Stockton, NJ. Approximately two months ago, however, A.H.'s stepmother, Nan Marie Hutchinson Hasson, posted on Facebook that the family had moved to Florida, while *her* children—A.H.'s stepbrother and stepsister—had remained in NJ. In addition, A.H.'s stepmother posted on Facebook groups dedicated to residents of Brevard County, FL that she was looking for a stylist for her 16-year-old daughter, presumably A.H., as well as a meetup group for her "daughter 16" to play Dungeons & Dragons[1]. Copies of the posts are attached.

---

[1] Dungeons & Dragons is a tabletop role-playing game that *some* describe as glorified, in-person storytelling.

September 4, 2025
Page 2

While there exists at least *prima facie* evidence that shows the family moved to Florida, Heaps has been inquiring with the district about continuing online schooling for A.H. Obviously, this would be improper if, in fact, A.H. no longer resides in the district. *See* N.J.A.C. § 6A:22–3.1.

Perhaps this is all just a misunderstanding and there's an innocent explanation for it. But "litigants and district courts must assure themselves of subject-matter jurisdiction" so as to "avoid wasting judicial and party resources." *Akno 1010 Mkt. St. St. Louis Missouri LLC v. Pourtaghi*, 43 F.4th 624, 627 (6th Cir. 2022). This letter is our attempt to do that.

For these reasons, we respectfully request a conference to discuss this issue and set a schedule for limited discovery.

If Your Honor has any questions or concerns, please contact me. Thank you.

SHAH LAW GROUP, LLC

*RShah*

ROSHAN D. SHAH, ESQ.
For the Firm

c:      All Counsel of Record