

15 of 150

**Nan Marie Hutchinson Hasson**
Jul 15

Well, it's official. We are here in Florida for the first time to unpack and enjoy the beautiful home we got. My children have decided to stay in NJ with my mother. They are adult enough to make their own decisions and I can respect that. Its not what I want and I feel sad about it, but they are almost adults. Julia never came home after the fire and Michael said he'd be happier living with his nanny. They will always have a room here. They are in Frenchtown so Ill go back and forth for a while since we still have the rental house in Stockton and the property in Pittstown. The business is still going strong in Pittstown and the good news is my groomer will be taking over the mobile in November. Holly, the shop groomer, is moving close to me and we will resume business and our friendship as usual. My sister is moving here on the 23rd too. The fire surely changed everything.

84                                                                 58 comments

Like          Comment          Send



**Mims/Titusville Community Group** · Join
Nan Marie Hutchinson Hasson · Aug 11

Looking for a stylist who can do this type of cut for a teenager. Been told no by a few stylists which I totally appreciate the honesty.

👍❤️ 14

All comments ⌄

**Mel Singleton**
Try Rosa at the Garden street Hair Cuttery



