# United States Court of Appeals

*for the*

# Third Circuit

Case No. 24-3278

CHRISTIN HEAPS,

*Plaintiff-Appellant,*

– v. –

DELAWARE VALLEY REGIONAL HIGH SCHOOL BOARD OF EDUCATION; SCOTT MCKINNEY, individually and in his official capacity as Superintendent of Schools; ASHLEY MIRANDA, individually and in her official capacity as school counselor; ANGELICA ALLEN-MCMILLAN, in her official capacity as Acting Commissioner of the New Jersey Department of Education; JOHN ROES 1-10, said names being fictitious, individually and in their official capacities; MATTHEW J. PLATKIN, in his official capacity as Attorney General of the State of New Jersey.

*Defendants-Appellees,*

ON APPEAL FROM AN ORDER OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY IN CASE NO. 3:24-cv-00107, GEORGETTE CASTNER, DISTRICT JUDGE

## BRIEF FOR *AMICI CURIAE* ADVOCATES FOR TRANS EQUALITY EDUCATION FUND, BAYARD RUSTIN CENTER FOR SOCIAL JUSTICE, EASTERN PA TRANS EQUITY PROJECT, HITOPS INC., PFLAG, INC., RAINBOW ROOM, THE PRIDE CENTER OF NEW JERSEY, AND THE WELCOME PROJECT PA IN SUPPORT OF DEFENDANTS-APPELLEES

SERAN GEE
Z GABRIEL ARKLES
ADVOCATES FOR TRANS EQUALITY
  EDUCATION FUND
*Attorneys for Amici Curiae*
520 8th Avenue, Suite 2204
New York, New York 10018
(202) 642-4542

## Corporate Disclosure Statement

Pursuant to Fed. R. App. P. 26.1, *Amici Curiae* hereby certify that they have no parent corporation and that no publicly held corporation owns 10% or more of its stock.

# Table of Contents

Table of Authorities.................................................................................. iii

Interest of Amici Curiae............................................................................1

Summary of Argument................................................................................4

Argument....................................................................................................6

A.    Inclusive policies are essential for protecting students because transgender youth regularly experience bullying, discrimination, and harassment in schools, often resulting in negative outcomes. ................................................7

B.    Requiring schools to out trans students for choosing a new name or adopting new pronouns puts students at increased risk for negative health outcomes, familial rejection, homelessness, and abuse. ................................................11

C.    Using chosen names and pronouns is essential for establishing welcoming educational environments that promote the well-being and success of transgender youth...........................................................................17

Conclusion ...............................................................................................25

Certificate of Compliance .......................................................................27

# Table of Authorities

## Cases

*Bd. of Educ. of the Highland Loc. Sch. Dist. v. United States Dep't of Educ.*,
No. 2:16-CV-524, 2016 WL 4269080 (S.D. Ohio Aug. 15, 2016) ......................12

*Bostock v. Clayton Cnty., Ga.*,
590 U.S. 644 (2020) ........................................................................18

*Davis v. Monroe Cnty. Bd. of Educ.*,
526 U.S. 629 (1999) ........................................................................17

*Doe by Doe v. Hanover Cnty. Sch. Bd.*,
No. 3:24CV493, 2024 WL 4445963 (E.D. Va. Oct. 8, 2024) ................................9

*Doe v. Genesis HealthCare*,
535 F. Supp. 3d 335 (E.D. Pa. 2021) ....................................................12

*Doe v. Manchester Sch. Dist.*,
324 A.3d 921 (N.H. 2024) ..................................................................23

*Foote v. Ludlow Sch. Comm.*,
128 F.4th 336 (1st Cir. 2025) ..............................................................23

*Grimm v. Gloucester Cnty. Sch. Bd.*,
972 F.3d 586 (4th Cir. 2020) ...............................................................9

*Love v. Johnson*,
146 F. Supp. 3d 848 (E.D. Mich. 2015) ................................................12

*Platkin v. Middletown Twsp. Bd. of Educ., et al.*,
No. A-0037-23, 2025 WL 440132 (N.J. Sup. Ct. App. Div. Feb. 10, 2025) ........24

*Powell v. Schriver*,
175 F.3d 107 (2d Cir. 1999) ................................................................12

*Short v. New Jersey Dep't of Educ.*,
No. 23-CV-21105-ESK-EAP, 2025 WL 984730 (D.N.J. Mar. 28, 2025) ............24

*Whitaker By Whitaker v. Kenosha Unified Sch. Dist. No. 1 Bd. of Educ.*,
 858 F.3d 1034 (7th Cir. 2017) ...............................................................9


**Other Authorities**

Advocates for Trans Equality, Issues: Education, available at:
 https://transequality.org/issues/education .............................................1

Amanda Pollitt, et al., *Predictors and Mental Health Benefits of Chosen Name
 Use Among Transgender Youth*, 53 Youth & Soc.
 (Mar. 2021).......................................................... 8, 10, 14, 20, 21, 23

Cameron Miller-Jacobs, Don Operario, & Jaclyn Hughto, *State-Level Policies
 and Health Outcomes in U.S. Transgender Adolescents: Findings from the
 2019 Youth Risk Behavior Survey*, 10(6) LGBT Health 447 (Aug. 2023).............9

Christy Mallory, et al., *Conversion practices and LGBT Youth*, Williams
 Institute (June 2019),
 https://williamsinstitute.law.ucla.edu/publications/conversion-therapy-and-
 lgbt-youth/ .......................................................................................16

Elena Maria Gallardo-Nieto et al., *Transphobic Violence in Educational
 Centers: Risk Factors and Consequences in the Victims' Wellbeing and
 Health*, 13 Sustainability 1638 (Feb. 2021). ................................. 10, 21

Emily Pariseau, Lydia Chevalier, & Kritin Long, *The Relationship Between
 Family Acceptance-Rejection and Transgender Youth Psychosocial
 Functioning*, 7 Clinical Practice Ped. Psych. 267 (Sep. 2019) .................... 14, 15

Fed. R. App. P. 26.1.............................................................................. i

Fed. R. App. P. 29................................................................................ i

Human Rights Campaign, 2023 LGBTQ+ Youth Report (August 2023),
 https://reports.hrc.org/2023-lgbtq-youth-report ...................................18

Jack Day, Salvatore Ioverno, & Stephen Russell, *Safe and supportive schools
 for LGBT youth: Addressing* educational *inequities through inclusive policies
 and practices*, 74 J. Sch. Psych. (2019)...............................................19

*Joel Doe v. Boyertown Area School District*, No. 17-3113 (3d Cir. Oct. 10,
 2017), Amicus Brief of School Administrators from Thirty States and the
 District of Columbia ...........................................................................20

Joseph Kosciw, Caitlin Clark, & Leesh Menard, *The 2021 National School Climate Survey*, GLSEN (2021), available at https://www.glsen.org/sites/default/files/2022-10/NSCS-2021-Full-Report.pdf ...........................................................................................9

Julia Sinclair-Palm & Jen Gilbert, *Naming New Realities: Supporting Trans Youth in Education*, 18 Sex Educ. 321 (July 2018) ..............................................9

Lisa Simons, Sheree Schrager, Leslie Clark, Marvin Belzer, & Johanna Olson, *Parental Support and Mental Health Among Transgender Adolescents*, 53 J. Adolesc. Health 791 (Dec. 2013) .......................................................14

Lydia Sausa, *Translating Research into Practice: Trans Youth Recommendations for Improving School Systems*, 3 J. Gay & Lesbian Issues Educ. 15 (Dec. 2005) ..........................................................................10

Nicolas Suarez, et al., *Disparities in School Connectedness, Unstable Housing, Experiences of Violence, Mental Health, and Suicidal Thoughts and Behaviors Among Transgender and Cisgender High School Students — Youth Risk Behavior Survey, United States, 2023*, 73 MMWR Supplements 50 (Oct. 2024) .......................................................... 8, 10, 15

*Parents for Privacy v. Dallas School District No. 2*, No. 18-35708 (9th Cir. 2019), Amicus Brief of School Administrators from Thirty States and the District of Columbia, Dkt. 61 ...............................................................19

Planned Parenthood, *Coming out as Trans and/or Nonbinary*, https://www.plannedparenthood.org/learn/gender-identity/transgender/coming-out-trans ..............................................13

Roberto Abreu, Dani Rosenkrantz, Jonathan Ryser-Oatman, Sharon Rostosky, & Ellen Riggle, *Parental Reactions to Transgender and Gender Diverse Children: A Literature Review*, 15 J. GLBT Family Studies 461 (Oct. 2019) ....14

S. E. James, et al., *The Report of the 2015 U.S. Transgender Survey*, Advocates for Trans Equality, available at https://transequality.org/sites/default/files/docs/usts/USTS-Full-Report-Dec17.pdf. .......................................................8, 10, 11, 15, 16

Sarah Doan-Minh, *Corrective Rape: An Extreme Manifestation of Discrimination and the State's Complicity in Sexual Violence*, 30 Hastings Women's Law Journal 167 (2019) ...................................................17

Stanley Vance, Jr., *The Importance of Getting the Name Right for Transgender and Other Gender Expansive Youth*, 63 J. Adolesc. Health 379 (2018) ..............22

Stephen Russell, et al., *Chosen Name Use is Linked to Reduced Depressive Symptoms, Suicidal Ideation, and Suicidal Behavior Among Transgender Youth*, 63 J. Adolesc. Health 503 (Oct. 2018) ......................................... 20, 22, 23

Stephen Russell, Meg Bishop, Victoria Saba, & Isaac James, *Promoting School Safety for LGBTQ and All Students*, 8 Policy Insights Behav. Brain Sci. 160 (Oct. 2021) ......................................................................................................... 11

Strong Family Alliance, *So, You've Decided to Come out?: A Guide to Coming out to Your Parents*, https://www.strongfamilyalliance.org/how-to-come-out-to-parents/ .......................................................................................................... 13

Tecelli Domínguez-Martínez & Rebeca Robles, *Preventing Transphobic Bullying and Promoting Inclusive Educational Environments: Literature Review and Implementing Recommendations*, 50 Arch. Med. Research 543 (Nov. 2019) ......................................................................... 10, 16, 18, 19, 20, 21

The Trevor Project, *The Coming Out Handbook*, https://www.thetrevorproject.org/resources/guide/the-coming-out-handbook/ ... 13

*Transgender Student Guidance for School Districts*, New Jersey Department of Education, available at https://www.nj.gov/education/safety/sandp/climate/docs/Guidance.pdf ............. 24

*What rights do transgender students have at school? What can I do if I'm getting bullied or harassed?*, Transgender Information Hub, State of New Jersey, available at https://www.nj.gov/transgender/legal-protections/transgender-rights.shtml ................................................................ 24

## Interest of Amici Curiae[1]

**Advocates for Trans Equality Education Fund** (A4TE) is a nonprofit organization seeking to end discrimination against transgender[2] people. A4TE's work includes a wide range of topics, including support for transgender students through education policy advocacy and litigation support.[3]

The **Bayard Rustin Center for Social Justice** is an all-inclusive anti-racist community activist hub, dedicated LGBTQIA+ safe-space, and inspirational educational bridge at the forefront of intersectional social and racial justice and Queer advocacy for youth, families, and all marginalized folx across the rainbow spectrum.

---

[1] *Amici* hereby certify that no party's counsel authored this brief in whole or in part. No party or party's counsel contributed money that was intended to fund preparing or submitting this brief, and no person—other than amici, their members, or their counsel—contributed money that was intended to fund preparing or submitting this brief. See Fed. R. App. P. 29(a)(4)(E). The parties have consented to the filing of this brief. See Fed. R. App. P. 29(a)(2).

[2] Transgender is an umbrella term describing people whose gender identity differs from the sex they were assigned at birth. This includes transgender men (assigned female at birth but identify as male), transgender women (assigned male at birth but identify as female), and nonbinary individuals, whose gender identity does not fit within the traditional categories of exclusively male or female.

[3] See Advocates for Trans Equality, Issues: Education, available at: https://transequality.org/issues/education.

**Eastern PA Trans Equity Project** (EPTEP) is a 501(c)(3) organization with a mission of empowering transgender and gender-expansive individuals while supporting those who love them. EPTEP serves over 6,000 people each year with Supportive Services, Legal Name Change/ID change assistance, Basic Needs Assistance, Scholarships, Education, and Advocacy across a 42-county service area.

**HiTOPS, Inc.** is a 501(c)(3) non-profit organization that fosters strong and healthy young people of all identities by providing inclusive and youth-informed sex education and LGBTQ+ support for young people throughout New Jersey. It envisions a world where young people are able to flourish because they are at home in their bodies, supported in the development of their sexual and gender identity, and equipped with an understanding of how to have safe, consensual, and healthy relationships.

**PFLAG, Inc.** (PFLAG), founded in 1973, is the first and largest organization dedicated to supporting, educating, and advocating for lesbian, gay, bisexual, transgender, and queer (LGBTQ+) people, their parents and families, and non-family allies. With over 350 chapters—including 10 in the State of New Jersey—and more than 550,000 members and supporters nationwide, PFLAG envisions an equitable and inclusive world where every LGBTQ+ person is safe, celebrated, empowered, and loved.

2

The **Rainbow Room** is a program of Planned Parenthood Keystone, a 501(c)(3) organization. The Rainbow Room was opened in 2002 by Planned Parenthood as Bucks County's center for LGBTQ+ youth and friends. It offers various educational and empowering programs and groups for lesbian, gay, bisexual, transgender, queer, questioning youth and friends between the ages of 10-21. It provides a brave, supportive, welcoming and fun environment for education, support and advocacy.

**The Pride Center of New Jersey** (PCNJ) has been proudly serving the LGBTQ+ community throughout the state of New Jersey for over 30 years. It is an entirely volunteer run nonprofit dedicated to creating and protecting queer spaces. It offers a range of programming and services for all ages, including over 40 peer-based support groups, a dedicated youth program for anyone under 18, and a number of health, wellness, and education initiatives. The groups and services offered by PCNJ have enriched the lives of thousands of LGBTQ+ individuals over the years who may otherwise have had nowhere else to turn and it will continue doing this work as long as it is able.

**The Welcome Project PA's** mission is to uplift, empower, and serve marginalized and vulnerable community members, including LGBT+ and immigrant communities.

## Summary of Argument

Transgender youth face heightened risks to their mental health and physical safety resulting from widespread societal rejection, particularly within their families and school environments. Research overwhelmingly demonstrates that when schools affirm a transgender student's chosen name and gender identity, the student's mental health improves and their exposure to harm significantly decreases. Conversely, unsupportive or hostile school climates are linked to worse health and educational outcomes among transgender students.

Empirical evidence confirms that inclusive school policies—such as respecting students' chosen names and pronouns and training educators to be supportive—promote feelings of safety, increase academic engagement, and improve the overall school climate for all students. The use of chosen names in multiple settings is associated with measurable improvements in mental health, including reductions in suicidal ideation and behavior. Schools thus play a vital role in protecting transgender youth from the consequences of rejection they may face at home.

By contrast, policies that require schools to disclose a student's gender identity to their parents without the student's consent undermine this protective function and place students at significant risk. Forced outing can lead to rejection,

abuse, homelessness, or exposure to conversion practices and other forms of violence, including rape. Many transgender youth justifiably fear coming out to unsupportive families, and being outed against their will strips them of control over a deeply personal and potentially dangerous decision. The evidence makes clear that outing transgender students without their consent does not protect them—it exposes them to serious, and sometimes fatal, harm. Safeguarding the well-being of transgender youth requires affirming their identities within schools and respecting their autonomy regarding when and how to disclose their identity to others.

In sum, the experiences of transgender youth demonstrate the critical importance of accepting school environments and the devastating consequences of rejection. Legal protections and educational programs aimed at fostering supportive environments for transgender youth are essential in promoting their mental health and reducing the risks of violence, homelessness, and suicidality. Ensuring that transgender youth can safely express their gender identity, with the affirmation of their peers and school community, is essential to preventing further harm. The School District's policy of respecting transgender students' chosen names and pronouns is both constitutional and supported by empirical research. While parents have the right to remove their children from schools to educate them

in the way they see fit at home, they do not have the right to direct school curricula or policies.

## Argument

The School District's policy is both constitutional and supported by empirical research on the positive effects of respecting transgender students' chosen names and pronouns. Indeed, while the policy need only survive rational basis review, it would satisfy even the highest standards of judicial scrutiny because it is narrowly tailored to the compelling government interests of educating students and protecting their well-being. These goals cannot be achieved by a policy that involves outing transgender children to their parents.

Transgender youth face significant challenges that impact their mental health, primarily due to societal marginalization in family and educational settings. When schools respect use of their chosen names and pronouns, transgender youth experience positive health and economic outcomes. Supportive schools play a crucial role in mitigating the adverse effects of societal rejection, with transgender youth in these environments less likely to engage in high-risk behaviors such as survival sex work or substance use. Forcing a school to out a student to their family could trigger foreseeable and severe, if unintended, harm to the student.

Forced outing and subsequent family rejection can worsen the risks to transgender youth, leading to economic hardship, homelessness, substance use, and an increased likelihood of depression and suicidal ideation. Such rejection can also expose transgender youth to violent reprisals, such as hate crimes or rape. Additionally, outing a student to family members can result in subjecting them to conversion practices, which seek to change a person's gender identity, and are linked to severe psychological distress.

Ultimately, the well-being of transgender youth depends heavily on confidential affirmation in an educational environment, especially when the student goes home to unsupportive parents. Policies and programs aimed at promoting supportive educational environments are necessary to reduce risks and foster mental health. Ensuring that transgender youth can express their gender identity safely is essential to their mental and emotional well-being and prevents further harm.

### A. Inclusive policies are essential for protecting students because transgender youth regularly experience bullying, discrimination, and harassment in schools, often resulting in negative outcomes.

Transgender youth routinely face bullying, discrimination, and harassment in schools, leading to severe and lasting consequences. Research confirms that many transgender students perceive their schools as unsafe or unwelcoming for LGBTQ people, which directly affects their ability to use their chosen names or express

7

their gender identity openly.[4] Indeed, one recent study on the subject "found that

transgender and questioning students face a higher prevalence of experiencing

violence, poor mental health, suicidal thoughts and behaviors, and unstable

housing and a lower prevalence of school connectedness compared with their

cisgender peers."[5] Another recent study found that over one-fourth of transgender

and questioning students surveyed had missed school in the last 30 days as a result

of feeling unsafe.[6] In the 2015 United States Transgender Survey (USTS), 12%

reported being openly transgender in K-12, while another 28% believed teachers or

peers perceived them as transgender.[7] Among those who were out or perceived as

transgender, 54% endured verbal harassment and 24% suffered physical assault.[8]

---

[4] Amanda Pollitt, et al., *Predictors and Mental Health Benefits of Chosen Name Use Among Transgender Youth*, 53 Youth & Soc. at 4 (Mar. 2021); S. E. James, et al., *The Report of the 2015 U.S. Transgender Survey*, Advocates for Trans Equality at 130, available at https://transequality.org/sites/default/files/docs/usts/USTS-Full-Report-Dec17.pdf.

[5] Nicolas Suarez, et al., *Disparities in School Connectedness, Unstable Housing, Experiences of Violence, Mental Health, and Suicidal Thoughts and Behaviors Among Transgender and Cisgender High School Students — Youth Risk Behavior Survey, United States, 2023*, 73 MMWR Supplements 50, 55 (Oct. 2024).

[6] *Id.* at 54.

[7] James, et al., *2015 U.S. Transgender Survey*, at 131.

[8] *Id.*

For many transgender students, school is an oppressive space where they endure constant misgendering, restrictions on gender-affirming clothing, denial of their chosen names and pronouns, and lack of access to gender segregated spaces such as bathrooms or locker rooms.[9] Schools, which should provide a safe and equitable education for all, often fail transgender youth—sometimes even actively discriminating against them to appease anti-trans parents and politicians.[10] *See, e.g.*, *Grimm v. Gloucester Cnty. Sch. Bd.*, 972 F.3d 586, 593 (4th Cir. 2020), as amended (Aug. 28, 2020) (noting that a school board instituted a policy that prohibited a transgender boy from continuing to use the boys' bathroom after receiving substantial backlash from parents); *Whitaker By Whitaker v. Kenosha Unified Sch. Dist. No. 1 Bd. of Educ.*, 858 F.3d 1034, 1052 (7th Cir. 2017) (same); *Doe by Doe v. Hanover Cnty. Sch. Bd.*, No. 3:24CV493, 2024 WL 4445963, at *2

---

[9] Julia Sinclair-Palm & Jen Gilbert, *Naming New Realities: Supporting Trans Youth in Education*, 18 Sex Educ. 321, 325 (July 2018); Cameron Miller-Jacobs, Don Operario, & Jaclyn Hughto, *State-Level Policies and Health Outcomes in U.S. Transgender Adolescents: Findings from the 2019 Youth Risk Behavior Survey*, 10(6) LGBT Health 447, 448 (Aug. 2023); Joseph Kosciw, Caitlin Clark, & Leesh Menard, *The 2021 National School Climate Survey*, GLSEN at 40 (2021), available at https://www.glsen.org/sites/default/files/2022-10/NSCS-2021-Full-Report.pdf.

[10] Sinclair-Palm, *Naming New Realities*, at 321 ("not only do schools sometimes fail to live up to the promise to educate all students, they often actively discriminate against trans students, sacrificing their best interests to concerns from conservative parents and politicians").

(E.D. Va. Oct. 8, 2024) (noting that a school board's decision to bar a transgender girl from trying out for a tennis team was, among other things, motivated by the opinion of the state's Attorney General that transgender girls should be excluded from girls' sports). Schools frequently prove unsupportive, intolerant, or even hostile toward transgender students, with most transgender students reporting discrimination at both high school and college levels.[11] As a result, transgender students frequently feel isolated, unsupported, and unsafe in school.[12]

These traumatic school experiences have profound, lifelong repercussions. Studies show that bullying often leads to plummeting academic performance, increased absenteeism, and, ultimately, school failure, or dropout.[13] The 2015 USTS reports that 17% of those who were out or perceived as transgender left a

---

[11] Amanda Pollitt, *Predictors and Mental Health Benefits of Chosen Name Use,* at 9; James, et al., *2015 USTS Survey*, at 131; Lydia Sausa, *Translating Research into Practice: Trans Youth Recommendations for Improving School Systems*, 3 J. Gay & Lesbian Issues Educ. 15, 19–20 (Dec. 2005).

[12] Tecelli Domínguez-Martínez & Rebeca Robles, *Preventing Transphobic Bullying and Promoting Inclusive Educational Environments: Literature Review and Implementing Recommendations*, 50 Arch. Med. Research 543, 544 (Nov. 2019).

[13] *Id.*; Suarez, *Disparities in School Connectedness*, at 19, 55 (three out of four participants reported dropping out); Elena Maria Gallardo-Nieto, et al., *Transphobic Violence in Educational Centers: Risk Factors and Consequences in the Victims' Wellbeing and Health*, 13 Sustainability 1638, 9 (Feb. 2021).

school due to mistreatment.[14] The harm extends far beyond education: those who faced poor treatment in school were more likely to attempt suicide (52% vs. 37%), experience homelessness (40% vs. 22%), suffer severe psychological distress (47% vs. 37%), and become involved in underground economies like sex work or drug trafficking (28% vs. 18%).[15]

Policies that affirm transgender youth not only protect against these negative outcomes; they also contribute more generally to a welcoming educational environment for all students.[16] By fostering a culture of respect and recognition, such policies help cultivate empathy, reduce bullying, and model inclusive behavior—skills and values that benefit every student, not just those who are transgender.

### B. Requiring schools to out trans students for choosing a new name or adopting new pronouns puts students at increased risk for negative health outcomes, familial rejection, homelessness, and abuse.

Policies that force teachers and school staff to disclose a student's transgender identity without their consent would severely undermine trust between

---

[14]  James, et al., *2015 U.S. Transgender Survey,* at 131.

[15] *Id.* at 132.

[16] Stephen Russell, Meg Bishop, Victoria Saba, & Isaac James, *Promoting School Safety for LGBTQ and All Students*, 8 Policy Insights Behav. Brain Sci. 160, 3 (Oct. 2021)

students and educators, leaving vulnerable youth with no safe adult to turn to.

Coming out as transgender is an intensely personal decision that carries potentially

life-altering consequences—particularly for young people who depend on their

families for emotional and financial support. *Cf. Powell v. Schriver*, 175 F.3d 107,

111 (2d Cir. 1999) (concluding "that the Constitution does indeed protect the right

to maintain the confidentiality of one's transsexualism."); *Doe v. Genesis*

*HealthCare*, 535 F. Supp. 3d 335 (E.D. Pa. 2021) (granting transgender plaintiff

permission to proceed pseudonymously because transgender status is a highly

sensitive and private matter); *Bd. of Educ. of the Highland Loc. Sch. Dist. v. United*

*States Dep't of Educ.*, No. 2:16-CV-524, 2016 WL 4269080, at *5 (S.D. Ohio Aug.

15, 2016) (granting permission for transgender minor to proceed pseudonymously

and emphasizing the sensitivity surrounding the minor's transgender status and the

Court's desire to protect the minor from harassment and discrimination); *Love v.*

*Johnson*, 146 F. Supp. 3d 848 (E.D. Mich. 2015) (holding that a policy requiring

individuals to carry ID with sex that conflicted with their gender identity, forcing

them to reveal their transgender status, violated transgender people's right to

privacy under the Fourteenth Amendment).

　　　Tragically, rejection is a common experience for transgender individuals

when they come out to their families. Only 60% report receiving support from their

12

immediate family after disclosing their gender identity,[17] and even this figure likely reflects a bias, as those who anticipate rejection may never come out at all.

Many transgender individuals carefully choose whom to come out to, often starting with those most likely to be supportive. Organizations like Planned Parenthood advise transgender people to "consider coming out first to the person or people in your life who will be the most supportive,"[18] while the Trevor Project recommends practicing with supportive individuals to build confidence.[19] Conversely, many trans youths choose not to come out to their families at all due to fears of rejection. The Strong Family Alliance, an organization dedicated to supporting LGBTQ youth, explicitly warns young people to "consider the risks before coming out to parents," stating that if the worst-case scenario is severe— such as being kicked out, cut off financially, or facing physical harm—it may not be the right time to disclose their identity.[20]

---

[17] *Id.* at 65.

[18] Planned Parenthood, *Coming out as Trans and/or Nonbinary*, https://www.plannedparenthood.org/learn/gender-identity/transgender/coming-out-trans.

[19] The Trevor Project, *The Coming Out Handbook*, https://www.thetrevorproject.org/resources/guide/the-coming-out-handbook/.

[20] Strong Family Alliance, *So, You've Decided to Come out?: A Guide to Coming out to Your Parents*, https://www.strongfamilyalliance.org/how-to-come-out-to-parents/.

The consequences of familial rejection are devastating. Parents may refuse to acknowledge their child's gender identity, deliberately use incorrect pronouns and names, restrict their gender expression, attempt to coerce others to use the wrong pronouns or otherwise stop accepting their child, question their child's identity, harass and threaten them, abandon them, or physically assault them. These behaviors are strongly linked to increased depression and suicidal tendencies.[21]

The data paints a stark picture of the harm caused by family rejection. Being outed can lead to expulsion from the home, triggering a cascade of dire outcomes. Transgender individuals who face rejection are nearly twice as likely to experience homelessness (40% vs. 22%), engage in sex work (16% vs. 9%), suffer from

---

[21] Pollitt, *Predictors and Mental Health Benefits of Chosen Name Use,* at 3; Emily Pariseau, Lydia Chevalier, & Kritin Long, *The Relationship Between Family Acceptance-Rejection and Transgender Youth Psychosocial Functioning*, 7 Clinical Practice in Pediatric Psych. 267, 274–76 (Sep. 2019); *see also* Roberto Abreu, Dani Rosenkrantz, Jonathan Ryser-Oatman, Sharon Rostosky, & Ellen Riggle, *Parental Reactions to Transgender and Gender Diverse Children: A Literature Review*, 15 J. GLBT Family Studies 461, 2 (Oct. 2019) (explaining that "[transgender youth] who identified their parents as supportive of their gender identity and expression in childhood reported higher life satisfaction, higher self-esteem, fewer depressive symptoms, and less suicidal ideation compared to participants with nonsupportive parents."); Lisa Simons, Sheree Schrager, Leslie Clark, Marvin Belzer, & Johanna Olson, *Parental Support and Mental Health Among Transgender Adolescents*, 53 J. Adolesc. Health 791 (Dec. 2013) (finding that "parental support [of transgender children] was significantly associated with higher life satisfaction, lower perceived burden, and fewer depressive symptoms [in said children.]").

serious psychological distress (50% vs. 31%), attempt suicide (49% vs. 33%), and they are less likely to be employed (52% vs. 65%).[22] Research further underscores that lower support from primary caregivers correlates with increased depression and anxiety in transgender youth, while indifference from secondary caregivers predicts higher depressive symptoms.[23] By contrast, family support is associated with better mental health, stability, and overall well-being.[24] These findings highlight how deeply family attitudes shape the mental and emotional health of transgender individuals.

Eight percent of transgender individuals who come out to their family report being kicked out.[25] Among those who come out to family, 26% report being permanently cut off by a family member.[26] What is especially chilling about these figures is that they do not account for the many transgender people who correctly predict hostile reactions from family members and therefore never come out. That choice is easy to empathize with, given the fact that those who are kicked out of their family homes are far more likely to live in poverty (43% vs. 28%), engage in

---

[22] James, et al., *2015 USTS Survey*, at 7, 65.

[23] Pariseau, *Relationship Between Family Acceptance-Rejection*, at 274–76.

[24] *Id.*; Suarez, *Disparities in School Connectedness*, at 56.

[25] James, et al., *2015 USTS Survey*, at 72.

[26] *Id*. at 65.

sex work (33% vs. 11%), experience homelessness (74% vs. 28%), contract HIV (3.5% vs. 1.5%), and attempt suicide (66% vs. 39%).[27]

Being outed also exposes transgender youth to conversion practices, physical violence, and sexual abuse. Conversion practices—practiced by some medical professionals and religious figures to try to change the gender identity or sexual orientation of transgender youth—have been linked to severe mental health crises, including suicidality.[28] Despite this, 14% of transgender individuals who are out report that family members sent them to some form of conversion practice.[29] Additionally, studies show that 10% of transgender individuals have faced violence from an immediate family member because of their gender identity.[30] Studies on homophobia reveal that intolerance toward gender and sexual diversity can fracture families, sometimes with fatal consequences—including suicide or hate crimes.[31] Some families will even employ criminal methods in their attempts to force their

---

[27] *Id.* at 73.

[28] Christy Mallory, et al., *Conversion practices and LGBT Youth*, Williams Institute (June 2019), https://williamsinstitute.law.ucla.edu/publications/conversion-therapy-and-lgbt-youth/.

[29] James, et al., *2015 USTS Survey*, at 73.

[30] *Id*. at 65.

[31]  Domínguez-Martínez, *Preventing Transphobic Bullying*, at 544.

children into gender conformity. Specifically, perpetrators of so-called "corrective rape" use sexual force to punish individuals (often their children) for defying gender norms.[32] Schools are ill-equipped to predict when parents would employ these forms of abuse in attempts to "correct" the gender identity or expression of their children.

Therefore, policies that mandate outing transgender students do not protect them—they endanger their lives. The risks of family rejection, homelessness, violence, sexual abuse, and psychological harm are far too great to justify such measures. Protecting transgender youth means respecting their autonomy, ensuring their safety, and allowing them to come out on their own terms.

C. Using chosen names and pronouns is essential for establishing welcoming educational environments that promote the well-being and success of transgender youth.

Students spend many hours of their week at school, and even more if they have after-school activities. Schools are responsible for students' well-being and creating a safe, welcoming environment. *Cf. Davis v. Monroe Cnty. Bd. of Educ.*, 526 U.S. 629, 646–47 (1999) (concluding schools receiving federal funds have a

---

[32] Sarah Doan-Minh, *Corrective Rape: An Extreme Manifestation of Discrimination and the State's Complicity in Sexual Violence*, 30 Hastings Women's Law Journal 167, 175 (2019).

responsibility to address sex-based discrimination and harassment); *see also Bostock v. Clayton Cnty., Georgia*, 590 U.S. 644, 660 (2020) ("it is impossible to discriminate against a person for being homosexual or transgender without discriminating against that individual based on sex."). At school, students are shaped by the dozens of interactions they have every day with a diverse group of people from different races, genders, socio-economic classes, religions, and nationalities in their school. As youth move through their journey to adulthood, they may find the need to express new parts of their identities that they cannot at home.[33] This can often be observed when students use new nick names, anglicized names, middle names, chosen names, or new pronouns. To foster an environment that embraces that diversity, schools are tasked with preventing bullying for the characteristics that make its students unique.[34] Evidence suggests there are "important positive benefits associated with attending schools that have anti-bullying or inclusive policies for gender minorities" such as the "improvement of

---

[33] *See* Human Rights Campaign, 2023 LGBTQ+ Youth Report (August 2023), https://reports.hrc.org/2023-lgbtq-youth-report ("Transgender and gender-expansive youth report mixed experiences around their ability to live openly at home, and have their identities affirmed."

[34] Domínguez-Martínez, *Preventing Transphobic Bullying*, at 543–55.

school wellbeing, more positive school climate, decreasing truancy, lower levels of victimization, decreased school harassment and increased feelings of safety."[35]

By promoting inclusivity, schools can create a safe and welcoming environment for all students. Refusing to respect the identities of a small group of transgender students fuels toxic exclusion and othering, making these students feel unwelcome every day.[36] Conversely, inclusive policies and practices have been shown to yield overwhelmingly positive outcomes, not just for transgender students, but for entire school communities, including faculty, administrators, and families.[37] As educators have emphasized, fostering a safe and inclusive

---

[35] *Id*. at 552.

[36] *Parents for Privacy v. Dallas School District No. 2*, No. 18-35708 (9th Cir. 2019), Amicus Brief of School Administrators from Thirty States and the District of Columbia, Dkt. 61 at 5 ("refusing to respect a student's gender identity is toxic for the student – it says 'you are not welcome,' every day.").

[37] Jack Day, Salvatore Ioverno, & Stephen Russell, *Safe and supportive schools for LGBT youth: Addressing* educational *inequities through inclusive policies and practices*, 74 J. Sch. Psych. 29–43 (2019), doi:10.1016/j.jsp.2019.05.007 ("Inclusive policies that attend to sexual orientation and gender identity (SOGI) are associated with more supportive school environments for lesbian, gay, bisexual, and transgender (LGBT) youth. SOGI-focused policies had a direct association with less truancy, and moderated the association between sexual orientation/gender identity and other school outcomes. Findings underscore the importance of inclusive policies, especially those that address the unique needs of transgender students."); Domínguez-Martínez, *Preventing Transphobic Bullying,* at 552 ("Evidence suggests important positive benefits associated with attending schools that have anti-bullying or inclusive policies for gender minorities, such as the improvement of school wellbeing, more

environment is fundamental to ensuring that every young person can fully engage in academic work and thrive in school.[38]

Trans-inclusive policies, such as allowing transgender youth to use their chosen names and pronouns, have been shown to significantly improve their school experience.[39] For example, using chosen names and pronouns in schools and other contexts have been shown to improve mental health and educational outcomes for transgender students.[40] Inclusive policies contribute to reduced bullying, harassment, and absenteeism, while increasing feelings of safety and a sense of community.[41] Studies have highlighted the vital role of educators in

---

positive school climate, decreasing truancy, lower levels of victimization, decreased school harassment and increased feelings of safety.")

[38] *Joel Doe v. Boyertown Area School District*, No. 17-3113 (3d Cir. Oct. 10, 2017), Amicus Brief of School Administrators from Thirty States and the District of Columbia ("As educators, our goal is to make sure that every young person is as present and as able to engage in academic work as possible. Promoting a safe and welcoming environment is a way to promote education. The results have been overwhelmingly successful, not only for transgender students, but for all students, faculty, administrators, and communities as a whole.").

[39] Domínguez-Martínez, *Preventing Transphobic Bullying,* at 543–555; Pollitt, *Predictors and Mental Health Benefits of Chosen Name Use*, at 11 ("transgender youth with a chosen name were more likely to use that name when parents, teachers, and school environments were supportive").

[40] Stephen Russell, et al., *Chosen Name Use is Linked to Reduced Depressive Symptoms, Suicidal Ideation, and Suicidal Behavior Among Transgender Youth*, 63 J. Adolesc. Health 503, 505 (Oct. 2018).

[41] *Joel Doe v. Boyertown Area School District*, No. 17-3113 (3d Cir. 2018), Amicus Brief of School Administrators from Thirty States and District of

fostering supportive school environments for LGBTQ youth, noting that teachers and school staff who are trained to be allies can intervene effectively to prevent bullying and advocate for their students.[42] Other studies demonstrate the positive link between having supportive teachers and transgender students showing up for classes and experiencing fewer instances of victimization by cisgender peers—all while enjoying the feeling of being included.[43] Additionally, research has shown that school environments perceived as safe for LGBTQ students are linked to higher rates of chosen name use in schools, which in turn improves mental health

---

Columbia (Amici's experiences with the inclusive policies in place in their schools – some for more than a decade – have been overwhelmingly positive.); Gallardo-Nieto, et al., *Transphobic Violence in Educational Centers,* at 5.

[42] Domínguez-Martínez, *Preventing Transphobic Bullying,* at 551–52 ("Some studies have also documented the importance of educators in creating supportive schools for LGBT youth as they can intervene to prevent bullying and harassment and engage in education and advocacy around LGBT issues in their schools (87,89,90). LGBT youth with supportive school staff and receiving education with sexual minority topics into the school curriculum have reported lower levels of victimization, decreased school harassment, less absenteeism and increased feelings of safety and school connectedness (26,27,91). However, educators, principals and school staff should be properly trained and prepared to be allies to LGBT students and respond to their needs (89). Moreover, school administrators, especially the school principal, are responsible for fostering a school climate that supports the learning and healthy development of all students (61,88).").

[43] Pollitt, *Predictors and Mental Health Benefits of Chosen Name Use*, at 4 ("The available evidence shows that inclusive policies and supportive school personnel have an important role in reducing institutional gender-related discrimination and improving transgender students' perceived school climate").

and well-being.[44] Inclusive policies that address sexual orientation and gender identity are crucial in creating supportive school environments, as they are associated with fewer instances of truancy and more positive perceptions of school climate. These policies play an essential role in reducing gender-related discrimination, improving school climate, and supporting transgender students' academic and personal development.

Using the chosen names and pronouns of transgender youth is strongly associated with better mental health outcomes, including a 56% reduction in suicidal behavior, suggesting that support and validation of transgender youths' chosen name buffers negative mental health outcomes.[45] Research shows that transgender people with supportive schools are less likely to experience homelessness, suicidality, and other adverse health outcomes.[46]

---

[44] *Id.*

[45] Russell, *Chosen name use is linked to reduced depressive symptoms*, at 505 ("An increase by one context in which a chosen name could be used predicted a 5.37-unit decrease in depressive symptoms, a 29% decrease in suicidal ideation, and a 56% decrease in suicidal behavior. This is why it matters that youth can have access to some affirming environments even if the other environments they are in are not affirming.")

[46] Stanley Vance, Jr., *The Importance of Getting the Name Right for Transgender and Other Gender Expansive Youth*, 63 J. Adolesc. Health 379 (2018); Russell, *Chosen name use is linked to reduced depressive symptoms,* at 505.

For transgender youth, the ability to use their chosen name in multiple contexts is particularly significant. Studies indicate that each additional context where a chosen name is affirmed predicts a measurable improvement in mental health, including fewer depressive symptoms, reduction in suicidal ideation, and decline in suicidal behaviors.[47] There is a proportional relationship between the number of settings in which chosen names are used and positive mental health outcomes, underscoring the importance of affirming environments even when other spaces, like the family home, remain non-affirming.[48]

Several courts have found that similar policies promote the well-being and safety of transgender students and do not infringe on parental rights. *E.g.*, *Doe v. Manchester Sch. Dist.*, 324 A.3d 921 (N.H. 2024) (non-disclosure of transgender student's status does not infringe on parental rights under the state constitution); *Foote v. Ludlow Sch. Comm.*, 128 F.4th 336, 356–57 (1st Cir. 2025) (school policy was rationally related to cultivating a school committee's protocol—requiring staff to use a student's requested name and gender pronouns at school without informing the student's parents unless the student consented—did not infringe upon the

---

[47] Pollitt, *Predictors and Mental Health Benefits of Chosen Name Use*, at 4; Russell, *Chosen name use is linked to reduced depressive symptoms*, at 505.

[48] *Id.*

parents' substantive due process right to direct their child's upbringing.); *Short v. New Jersey Dep't of Educ.*, No. 23-CV-21105-ESK-EAP, 2025 WL 984730, at *19 (D.N.J. Mar. 28, 2025) (school policy rationally served the school district's "legitimate interest in fostering a safe, nondiscriminatory environment for transgender students."). In February, the New Jersey Superior Court upheld an injunction blocking three Monmouth County school districts from implementing policies that would have forcibly outed transgender, nonbinary, and gender diverse students. *Platkin v. Middletown Twsp. Bd. of Educ., et al.*, No. A-0037-23, 2025 WL 440132 (N.J. Sup. Ct. App. Div. Feb. 10, 2025) (consolidated, unpublished).

The New Jersey State Department of Education, like many school education departments across the circuit and around the country, supports transgender students' privacy.[49] For a young transgender person in school, that support may make life worth living.

---

[49] *Transgender Student Guidance for School Districts*, New Jersey Department of Education, available at https://www.nj.gov/education/safety/sandp/climate/docs/Guidance.pdf; *What rights do transgender students have at school? What can I do if I'm getting bullied or harassed?*, Transgender Information Hub, State of New Jersey, available at https://www.nj.gov/transgender/legal-protections/transgender-rights.shtml.

**Conclusion**

Transgender youth deserve to look back on their educational experience and feel that they were respected to same degree as any other child. They deserve to have their name and pronouns respected as anyone else's would be. The evidence is clear: affirming transgender students' identities within schools while safeguarding their confidentiality is not only a matter of dignity and respect, but a critical measure to protect their mental health, physical safety, and educational success. Policies that force the disclosure of a student's gender identity to unsupportive families disregard the well-documented risks of rejection, abuse, and trauma, and compromise the trusted role educators play in students' lives. To ensure that transgender youth can thrive, schools must be empowered to serve as affirming spaces where students are safe to express their identities without fear of exposure or harm. Respecting a student's autonomy is not just best practice—it is a moral and legal imperative.

Dated: September 5, 2025

ADVOCATES FOR TRANS EQUALITY
EDUCATION FUND

*/s/ Seran Gee*

Seran Gee
Z Gabriel Arkles
ADVOCATES FOR TRANS EQUALITY

EDUCATION FUND
520 Eighth Avenue, Suite 2204
New York, NY 10018
Tel.: (646) 862-9396
*Counsel for Amici Curiae*

## Combined Certificate of Compliance

1. Pursuant to Fed. R. App. P. 32(g), I certify that the foregoing brief complies with the length limitations set forth in Fed. R. App. P. 27(d)(2)(A) because it contains 5,370 words as counted by Microsoft Word, excepting the parts of the brief exempted by Fed. R. App. P. 27(a)(2)(B).

2. This brief complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word 2016 in 14-point Times New Roman type style.

3. In accordance with L.A.R. 31.1(c), this brief has been scanned for viruses with Bitdefender Endpoint v.7.9.24.556 and is free of viruses according to this program.

4. In accordance with L.A.R. 31.1(c), the text of the electronic copy of this brief filed using this Court's CM/ECF system is identical to the text in the paper copies filed with the Clerk.

5. Seran Gee and Z Gabriel Arkles are members in good standing of the bar of the United States Court of Appeals for the Third Circuit.

*/s/ Seran Gee*
Seran Gee

*Counsel for Amici Curiae*

**Certificate of Service**

I certify that I electronically filed this document through the CM/ECF system and that it will be thereby sent electronically to the registered participants in this appeal who are registered CM/ECF users.

*/s/ Seran Gee*

Seran Gee
