No. 24-3278

𝕴𝖓 𝖙𝖍𝖊 𝖀𝖓𝖎𝖙𝖊𝖉 𝕾𝖙𝖆𝖙𝖊𝖘 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘 𝖋𝖔𝖗 𝖙𝖍𝖊 𝕿𝖍𝖎𝖗𝖉 𝕮𝖎𝖗𝖈𝖚𝖎𝖙

CHRISTIN HEAPS,

*Plaintiff - Appellant*,

v.

DELAWARE VALLEY REGIONAL HIGH SCHOOL
BOARD OF EDUCATION, et al.

*Defendants – Appellees.*

---

On Appeal from the United States District Court
for the District of New Jersey
Case No. 8:24-cv-02017

---

*AMICUS CURIAE* **BRIEF OF PFLAG, INC.; LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.; THE GAY, LESBIAN & STRAIGHT EDUCATION NETWORK; AND THE TREVOR PROJECT, INC. IN SUPPORT OF AFFIRMANCE**

---

Jeffrey M. Gutkin
Reece Trevor
Miranda Li
Eva Spitzen
COOLEY LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
(415) 693-2000
jgutkin@cooley.com
rtrevor@cooley.com
mjli@cooley.com
espitzen@cooley.com

Karen L. Loewy
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
815 16th Street NW, Suite 4140
Washington, DC 20006
(202) 804-6245
kloewy@lambdalegal.org

Nicholas Hite
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
3500 Oak Lawn Avenue, Suite 500
Dallas, TX 75219
(504) 788-6118
nhite@lambdalegal.org

*Counsel for Amici Curiae*

## CORPORATE DISCLOSURE STATEMENT

*Amici curiae* PFLAG, Inc.; Lambda Legal Defense and Education Fund, Inc.; The Gay, Lesbian & Straight Education Network; and The Trevor Project, Inc. have no parent corporations and do not issue stock.

## TABLE OF CONTENTS

**Page**

INTRODUCTION & INTEREST OF AMICI .........................................................1

ARGUMENT ........................................................................................................4

I.      SUPPORTIVE ENVIRONMENTS ARE CRITICALLY
        IMPORTANT FOR THE DEVELOPMENT OF ALL YOUNG
        PEOPLE, ESPECIALLY TGD YOUNG PEOPLE, AND SCHOOL
        EMPLOYEES ARE CRITICAL IN FOSTERING THAT
        ENVIRONMENT. ........................................................................................4

II.     SUPPORTIVE SCHOOL ENVIRONMENTS HELP MITIGATE
        INCREASED RISKS THAT TGD YOUNG PEOPLE FACE. .....................8

        A.      Gender-affirming school policies help TGD students secure
                physical and psychological safety. ........................................................9

        B.      Without protection, TGD young people face increased bullying,
                abuse, stigma, and violence that lead to negative mental health
                and educational outcomes. ................................................................13

III.    SCHOOL POLICIES THAT RESPECT THE AUTONOMY AND
        DISCRETION OF TGD YOUNG PEOPLE IMPROVE THEIR
        HEALTH, SAFETY, AND EDUCATIONAL OUTCOMES. ....................17

IV.     CONCLUSION........................................................................................27

## TABLE OF AUTHORITIES

**Page(s)**

**Cases**

*Doe by & through Doe v. Boyertown Area Sch. Dist.*,
  897 F.3d 518 (3d Cir. 2018) .........................................................8, 13

*King v. Governor of the State of N.J.*,
  767 F.3d 216 (3d Cir. 2014), *abrogated in part by Nat'l Inst. of
  Fam. & Life Advocs. v. Becerra*, 585 U.S. 755 (2018)................................22, 23

*Tingley v. Ferguson*,
  47 F.4th 1055 (9th Cir. 2022) .................................................22

**Statutes & Court Rules**

Fed. R. App. P. 29 ....................................................................1

4 Pa. Code § 7.921(a)................................................................22

Del. Code § 1731(b)(24)-(25) ................................................22

N.J. Stat. Ann.
  § 10:5-12 .......................................................................3
  § 18A:36-41 .................................................................3, 7
  § 18A:36-41(c)...............................................................20
  § 18A:36-42 ...................................................................7
  §§ 18A:38-25 et seq...........................................................6
  § 45:1-55 .....................................................................22

**Other Authorities**

Am. Med. Ass'n, *Sexual orientation and gender identity change
  efforts (so-called "conversion therapy")* (2019).........................................21, 22

Am. Psych. Ass'n, *Gender Dysphoria Diagnosis* (2017)........................................13

Am. Psych. Ass'n, *Gender Dysphoria, Diagnostic & Statistical
  Manual*, ch. 17 (5th ed. 2013)................................................8

Andrea L. Roberts et al., *Childhood Gender Nonconformity: A Risk
  Indicator for Childhood Abuse and Posttraumatic Stress in Youth*,
  129(3) Pediatrics 410 (Mar. 2012).........................................................20

# TABLE OF AUTHORITIES
## (Continued)

Page(s)

Anna L. Olsavsky et al., *Associations Among Gender-Affirming Hormonal Interventions, Social Support, and Transgender Adolescents' Mental Health*, 72 J. Adolescent Health 860 (June 2023) ................................................................................................18

Arnold H. Grossman et al., *Parental Responses to Transgender and Gender Nonconforming Youth: Associations with Parent Support, Parental Abuse, and Youths' Psychological Adjustment*, 68 J. Homosexuality 1260 (July 3, 2021)................................................24

Augustus Klein & Sarit A. Golub, *Family Rejection as a Predictor of Suicide Attempts and Substance Misuse Among Transgender and Gender Nonconforming Adults*, 3 LGBT Health 193 (2016) ...........................24

Brian C. Thoma et al., *Suicidality Disparities Between Transgender and Cisgender Adolescents*, 144 Pediatrics 6 (2019) ........................................17

Caitlin Ryan et al., *Family-Based Psychosocial Care for Transgender and Gender-Diverse Children and Youth,* Child and Adolescent Psych. Clinics of N. Am. 1 (2023)........................................................19

Caitlin Ryan et al., *Parent-Initiated Sexual Orientation Change Efforts With LGBT Adolescents: Implications for Young Adult Mental Health and Adjustment*, 67 J. Homosexuality 159 (2020) ....................22

Caitlin Ryan, *Supportive Families, Healthy Children: Helping Families with Lesbian, Gay, Bisexual & Transgender Children* (2009) ..................................................................................................5

Camille Brown et al., *Family Relationships and the Health and Well-Being of Transgender and Gender-Diverse Youth: A Critical Review*, 7 LGBT Health 407 (Dec. 2020)............................................5

Carolyn Porta et al., *LGBTQ Youth's Views on Gay-Straight Alliances: Building Community, Providing Gateways, and Representing Safety and Support*, 87 J. Sch. Health 489 (July 2017) ..................................................................................................12

## TABLE OF AUTHORITIES
### (Continued)

**Page(s)**

Ctrs. for Disease Control & Prevention, *School Connectedness: Strategies for Increasing Protective Factors Among Youth*, 7 (2009)...................................................................................................................7

Didier Jourdan et al., *Supporting Every School to Become a Foundation for Healthy Lives*. 5 Lancet Child & Adolescent Health 295 (2021).................................................................................................................6

Drew P. Cingel et al., *U.S. Adolescents' Attitudes Toward School, Social Connection, Media Use, and Mental Health During the COVID-19 Pandemic: Differences as a Function of Gender Identity and School Context*, 17 PLoS One 12 (2022) ......................................15

Elliot A. Tebbe & Stephanie L. Budge, *Factors That Drive Mental Health Disparities and Promote Well-Being in Transgender and Nonbinary People*, 1 Nat'l Rev. of Psych. 694 (2022) ......................................18

Emily M. Pariseau et al., *The Relationship Between Family Acceptance-Rejection and Transgender Youth Psychosocial Functioning*, 7 Clinical Practice in Pediatric Psych. 267 (2022) ......................21

Enoch Leung et al., *Social Support in Schools and Related Outcomes for LGBTQ Youth: a Scoping Review*, 1 Discover Educ. 1 (2022) .............10, 12

Erin K. Gill & Mollie T. McQuillan, *LGBTQ+ Students' Peer Victimization and Mental Health before and during the COVID-19 Pandemic*, 19 Int'l J. Envtl. Res. & Pub. Health. 11537 (2022)........................15

Georgios Karamanis et al., *Gender Dysphoria in Twins: a Register-Based Population Study*, 12 Sci. Rep. 13439 (2022)............................................3

Gilbert Gonzales & Cameron Deal, *Health Risk Factors and Outcomes Among Gender Minority High School Students in 15 US States*, 327 J. Am. Med. Ass'n 1498 (2022) ......................................................14

India D. Rose et al., *The Relationship of School Connectedness to Adolescents' Engagement in Co-Occurring Health Risks: A Meta-Analytic Review*, 40 J. of School Nursing 58 (2024)............................................7

## TABLE OF AUTHORITIES
### (Continued)

Page(s)

Jack Andrzejewski et al., *Perspectives of Transgender Youth on Parental Support: Qualitative Findings from the Resilience and Transgender Youth Study*, 48 Health Educ. & Behavior 74 (2021) ...................19

Jack K. Day et al., *Safe Schools? Transgender Youth's School Experiences and Perceptions of School Climate* 47 J. Youth Adolescence 1731 (June 2018)..............................................................9

Jack Simons and Mary Cuadrado, *Narratives of School Counselors Regarding Advocacy for LGBTQ Students*, 22 Prof. Sch. Counseling 1 (2019)...........................................................................25

Jason Rafferty, Am. Acad. of Pediatrics, *Ensuring Comprehensive Care and Support for Transgender and Gender-Diverse Children and Adolescents*, 142(4) Pediatrics 2 (Oct. 2018) ................................3

Joseph A. Durlak et al., *The Impact of Enhancing Students' Social and Emotional Learning: A Meta-Analysis of School-Based Universal Interventions*, 82 Child Dev. 405 (2011)............................................5

Joseph DelFerro et al., *The Role of Family Support in Moderating Mental Health Outcomes for LGBTQ+ Youth in Primary Care*, 178 JAMA Pediatrics 914 (2024) ......................................18

Joseph G. Kosciw et al., GLSEN, *The 2021 National School Climate Survey: The Experiences of LGBTQ+ Youth in Our Nation's Schools* 74 (2022) ..................................................11, 15, 26

Kasey B. Jackman et al., *Suicidality Among Gender Minority Youth: Analysis of 2017 Youth Risk Behavior Survey Data*, 25(2) Archives of Suicide Research 208 (2019)................................................*passim*

Kristina R. Olson et al., *Mental Health of Transgender Children Who Are Supported in Their Identities*, 137(3) Pediatrics 1 (Mar. 2016) ...................9

Kristopher M. Goodrich & Melissa Luke, *LGBTQ Responsive School Counseling*, 3 J. of LGBT Issues in Counseling 113 (2009).............................25

Kristy A. Clark et al., *How Do Sexual and Gender Minority People Acquire the Capability for Suicide?*, 2 Qualitative Res. in Health 100044 (2022)........................................................................24

# TABLE OF AUTHORITIES
## (Continued)

**Page(s)**

Linda Darling-Hammond & Jennifer DePaoli, *Why School Climate Matters and What Can Be Done to Improve It*, 20 J. of the Nat'l Ass'n of State Boards of Educ., 7 (May 2020) ....................................5

Lisa Simons et al., *Parental Support and Mental Health Among Transgender Adolescents*, 53 J. Adolescent Health 791 (2013)...................18, 23

Madeleine Foreman et al., *Genetic Link Between Gender Dysphoria and Sex Hormone Signaling*, 104 J. Clin. Endocrinol. Metab. 390 (Feb. 2019).........................................................................................3

Maureen D. Connolly et al., *The Mental Health of Transgender Youth: Advances in Understanding*, 59 J. Adolescent Health 489 (2016)...........................................................................................16

Michael J. Pellicane & Jeffrey A. Ciesla, *Associations Between Minority Stress, Depression, and Suicidal Ideation and Attempts in Transgender and Gender Diverse (TGD) Individuals: Systematic Review and Meta-Analysis*, 91 Clinical Psych. Rev. 102113 (2022).................16

Molly O'Shaughnessy et al., *Safe Place to Learn: Consequences of Harassment Based on Actual or Perceived Sexual Orientation and Gender Non-Conformity and Steps for Making Schools Safer*, Cal. Safe Schs. Coal. 17 (Jan. 2004) ..........................................................9

N.J. Dep't of Educ., Transgender Student Guidance for School Districts § 3 (2019) ................................................................7

National LGBTQIA+ Health Education Center & National Health Care for the Homeless Council, *Engaging the Families of Transgender and Gender Diverse Children* (Sep. 10, 2021) ................17, 20, 25

Pa. State Univ., *Improving Social Emotional Skills in Childhood Enhances Long-Term Well-Being and Economic Outcomes* (2017)....................5

PFLAG, *Our Trans Loved Ones: Questions and Answers for Loved Ones of People Who Are Transgender or Nonbinary* (2023)............................20

Rebecca L. Stotzer, *Violence Against Transgender People: A Review of United States Data*, 14 Aggression & Violent Behavior 170 (2009)...........................................................................................14

# TABLE OF AUTHORITIES
## (Continued)

Page(s)

Rebekah J. Byrd and Danica Hays, *School Counselor Competency
and Lesbian, Gay, Bisexual, Transgender, and Questioning
(LGBTQ) Youth,* 10 J. of Sch. Counseling 1 (2012)......................................6, 10

Roberto L. Abreu et al., *LGBTQ Student Experiences in Schools from
2009-2019: A Systematic Review of Study Characteristics and
Recommendations for Prevention and Intervention in School
Psychology Journals,* 59 Psychol. Schs. 115 (2022)...........................................8

Ruby van Vliet et al., *Supportive School Strategies for Sexually and
Gender Diverse Students: A Meta-Analysis of the Associations with
Bullying-Victimization Experiences and Feelings of School Safety*,
47 Educ. Res. Rev. 100689 (2025)....................................................11

Russell B. Toomey et al., *Gender-Nonconforming Lesbian, Gay,
Bisexual, and Transgender Youth: School Victimization and Young
Adult Psychosocial Adjustment*, 46 Developmental Psych. 1580
(2010)..........................................................................11

Sandy E. James et al., *Early Insights: A Report of the 2022 U.S.
Transgender Survey* (2024) ....................................................13, 20, 21

Sandy E. James et al., *The Report of the 2015 U.S. Transgender
Survey* (2016)...............................................................13, 20, 23

Selene Mezzalira et al., *Gender Felt Pressure, Affective Domains, and
Mental Health Outcomes among Transgender and Gender Diverse
(TGD) Children and Adolescents: A Systematic Review with
Developmental and Clinical Implications*, 20 Int. J. Environ. Res.
Public Health 1 (2023)........................................................20

Stephen T. Russell et al., *Chosen Name Use Is Linked to Reduced
Depressive Symptoms, Suicidal Ideation, and Suicidal Behavior
Among Transgender Youth*, 63 J. Adolescent Health 503 (2018).....................11

Tecelli Domínguez-Martínez & Rebeca Robles, *Preventing
Transphobic Bullying and Promoting Inclusive Educational
Environments: Literature Review and Implementing
Recommendations* Archives of Med. Res. 543 (2019)........................10

**TABLE OF AUTHORITIES**
**(Continued)**

Page(s)

Tina Fetner & Athena Elafros, *The GSA Difference: LGBTQ and Ally Experiences in High Schools with and without Gay-Straight Alliances*, 4 Soc. Sci. 563 (Aug. 7, 2015) ............................................. 12

The Trevor Project, *2024 U.S. National Survey on the Mental Health of LGBTQ+ Young People* (2024) ........................................... 14, 16, 17

The Trevor Project, *National Survey on LGBTQ Youth Mental Health 2020* (2020) ................................................................... *passim*

U.S. Dep't of Educ., *Guiding Principles for Creating Safe, Inclusive, Supportive, and Fair School Climates* (Mar. 2023) ............................................. 4

U.S. Dep't of Educ., *Supporting LGBTQI+ Youth and Families in School* (Jun. 2023) ........................................................... 4, 20

V. Paul Poteat et al., *Gender-Sexuality Alliance Experiences and LGBTQ+ Inclusive School Policies and Practices Predict Youth's School Belonging* J. of Youth & Adolescence 1 (2025) .................................... 12

Wojciech Kaczkowski et al., *Examining the Relationship Between LGBTQ-Supportive School Health Policies and Practices and Psychosocial Health Outcomes of Lesbian, Gay, Bisexual, and Heterosexual Students*, 9 LGBT Health 43 (2022) ............................................. 6

## **INTRODUCTION & INTEREST OF AMICI**[1]

*Amici curiae*—four organizations comprising parents, educators, youth, advocates, and allies—represent and support gender-diverse people throughout the nation.[2] As part of their missions, *amici* are committed to ensuring that transgender and gender-diverse[3] ("TGD") children and young people have access to full educational, social, economic, and other opportunities and that their mental and physical well-being is protected. *Amici* accordingly have a profound interest in this action. Schools across New Jersey and across the country play a crucial role in TGD young people's lives. Drawing on their experience and expertise in this field, *amici* seek to provide this Court with a broad and empirically grounded view of the landscape of TGD youths' lives, the challenges many of them face, and the critical importance of policies that protect TGD students' ability to share their TGD identities with their families on their own terms and to be themselves and live authentically at school and in all aspects of their lives.

---

[1] No counsel for a party authored this brief in whole or in part and no person other than amici or their counsel made a monetary contribution to the preparation or submission of this brief. All parties have consented to the filing of this brief. *See* Fed. R. App. P. 29(a)(2), (a)(4)(E).

[2] *Amici curiae* are PFLAG, Inc.; Lambda Legal Defense and Education Fund, Inc.; The Gay, Lesbian & Straight Education Network; and The Trevor Project, Inc.

[3] In this brief, *amici* use the umbrella term "TGD" to describe a broadly inclusive range of gender identities including those outside the male/female binary as assigned at birth. At times, *amici* also use the term "LGBTQ," a more expansive term referring to lesbian, gay, bisexual, transgender, queer, and other non-heterosexual or gender-diverse persons.

Over the past several decades, significant academic and medical research has confirmed what *amici*, educational policymakers, and many TGD people have long known: as compared to the general population, TGD people and youth face vastly increased and, at times, deadly risks to their health, safety, and financial security. TGD people encounter deeply rooted social stigmas and hostility that often lead to disturbingly high rates of violence, harassment, and other forms of cruelty and discrimination, as well as significant mental health challenges.

Fortunately, research confirms that school environments that support the educational and social needs of TGD students can dramatically reduce these risks and hardships and help mitigate the effects of such abuse. This is especially important because of the long-term effects those experiences can have during crucial developmental stages of a young TGD person's life. TGD students can thrive when schools create nurturing spaces where trusted teachers and mentors can help them safely learn, play, forge bonds, explore, and grow. Thanks to policies that affirm TGD students' identities and follow their lead on when and to whom to disclose those identities, school personnel can be key allies for TGD students, working alongside them to build acceptance in their classrooms, their homes, and their communities. Supportive policies like these are especially important because the decision to disclose a gender-diverse identity—and to whom—is intensely personal. Ensuring that TGD young people retain agency and support in that decision is vital;

a contrary rule threatens to delay or derail their acceptance by peers and family members and risks exposing them to rejection, abuse, trauma, and other adverse outcomes.

The laws and policies at issue here—the New Jersey Law Against Discrimination ("NJLAD"), *see* N.J. Stat. Ann. § 10:5-12; N.J. Stat. Ann. § 18A:36-41, which mandates the adoption of "guidelines concerning transgender students"; the resulting guidance promulgated by the Commissioner of Education (the "Transgender Student Guidance for School Districts"); and the School Board Policy adopted by the Delaware Valley Defendants-Appellees, "5756 – Transgender Students" (together, the "Laws and Policies")—are designed to achieve those important objectives. They promote the healthy development and success of TGD students by reiterating the obligation that school personnel respect their gender identities[4] and their determinations around whether and when to share their identities

---

[4] Gender identity is a person's "deep internal sense of being female, male, a combination of both, somewhere in between, or neither[.]" Jason Rafferty, Am. Acad. of Pediatrics, *Ensuring Comprehensive Care and Support for Transgender and Gender-Diverse Children and Adolescents*, 142(4) Pediatrics 2 tbl.1 (Oct. 2018). For TGD people, their gender identities are different from the sex they were assigned at birth. *Id*. Scientific evidence suggests that both gender identity and sex depend on a complex combination of biological and environmental factors. *See, e.g.*, Madeleine Foreman et al., *Genetic Link Between Gender Dysphoria and Sex Hormone Signaling*, 104 J. Clin. Endocrinol. Metab. 390, 394 (Feb. 2019) (discussing sexual differentiation of the brain during fetal development, including with regard to people who experience gender dysphoria); Georgios Karamanis et al., *Gender Dysphoria in Twins: a Register-Based Population Study*, 12 Sci. Rep. 13439 (2022) (suggesting that environmental factors *in utero* may contribute to gender identity).

with their families; ensuring that counselors and other school personnel are knowledgeable and have access to professional development opportunities to learn about issues and concerns relevant to TGD students; and otherwise developing resources and supports necessary to ensure that TGD students stay safe and thrive both in school and at home. With these facts in mind, *amici* offer additional context regarding TGD young people's lives and respectfully urge this Court to affirm the district court's denial of Plaintiff-Appellant's Motion for a Preliminary Injunction, ensuring that the Laws and Policies he challenges continue to provide vital support and safety for TGD students.

## **ARGUMENT**

I.    **SUPPORTIVE ENVIRONMENTS ARE CRITICALLY IMPORTANT FOR THE DEVELOPMENT OF ALL YOUNG PEOPLE, ESPECIALLY TGD YOUNG PEOPLE, AND SCHOOL EMPLOYEES ARE CRITICAL IN FOSTERING THAT ENVIRONMENT.**

School and home environments that affirm and support young people's identities—regarding their gender and otherwise—improve their academic and health outcomes. School climates that foster a sense of belonging and respect, characterized by strong relationships among staff, students, and families, are associated with better test scores, graduation rates, student engagement, mental and physical health, and brain development. U.S. Dep't of Educ., *Guiding Principles for Creating Safe, Inclusive, Supportive, and Fair School Climates*, 7–8 (Mar. 2023), HTTPS://PERMA.CC/T44G-LCB8 (hereinafter "*Guiding Principles*"); U.S. Dep't of

Educ., *Supporting LGBTQI+ Youth and Families in School*, 1 (Jun. 2023), HTTPS://PERMA.CC/8S3G-ZY6N; Linda Darling-Hammond & Jennifer DePaoli, *Why School Climate Matters and What Can Be Done to Improve It*, 20 J. of the Nat'l Ass'n of State Boards of Educ., 7 (May 2020). Family relationships characterized by appreciation, affection, and acceptance likewise correlate with greater self-esteem, health, and life satisfaction in young people. Caitlin Ryan, *Supportive Families, Healthy Children: Helping Families with Lesbian, Gay, Bisexual & Transgender Children*, 8–12 (2009), HTTPS://PERMA.CC/5UK5-98HY; Camille Brown et al., *Family Relationships and the Health and Well-Being of Transgender and Gender-Diverse Youth: A Critical Review*, 7 LGBT Health 407, 408 (Dec. 2020).

Supportive school environments are vital to all young people and especially TGD young people who are beginning to recognize and express their gender identity. Schools offer children the opportunity to learn important social skills and to cultivate responsibility, accountability, and independence. *See* Joseph A. Durlak et al., *The Impact of Enhancing Students' Social and Emotional Learning: A Meta-Analysis of School-Based Universal Interventions*, 82 Child Dev. 405, 417–19 (2011). Students also discover, develop, and pursue their passions—intellectual, social, athletic, artistic, and otherwise—in school. *See* Pa. State Univ., *Improving Social Emotional Skills in Childhood Enhances Long-Term Well-Being and Economic Outcomes*, 5–7

(2017), HTTPS://PERMA.CC/FW2G-EPXD. Those benefits are amplified or diminished depending on the level of inclusiveness of the school environment. *See, e.g.*, Didier Jourdan et al., *Supporting Every School to Become a Foundation for Healthy Lives*, 5 Lancet Child & Adolescent Health 295, 295 (2021); Wojciech Kaczkowski et al., *Examining the Relationship Between LGBTQ-Supportive School Health Policies and Practices and Psychosocial Health Outcomes of Lesbian, Gay, Bisexual, and Heterosexual Students*, 9 LGBT Health 43, 44 (2022) (stating that "heterosexual students with greater engagement in [Gay-Straight Alliances] also report increased self-efficacy and perceived peer validation, which reduces their risk for adverse psychosocial health outcomes"). Indeed, research has "suggested that schools may . . . be a fundamental location for intervention geared towards assisting sexual minority youth . . . as one of the few institutions that almost all LGBTQ students must attend." Rebekah J. Byrd and Danica Hays, *School Counselor Competency and Lesbian, Gay, Bisexual, Transgender, and Questioning (LGBTQ) Youth,* 10 J. of Sch. Counseling 1, 3-4 (2012) (hereinafter "Byrd").

Simply put, schools have a compelling and independent interest in learning environments that ensure every student's well-being and full development, especially because students spend a substantial portion of their waking hours at school and in school-sponsored activities outside regular class hours. *See, e.g.*, N.J. Stat. Ann. §§ 18A:38-25 et seq. (requiring every child between the ages of 6 and 16

to "regularly [] attend" school); Ctrs. for Disease Control & Prevention, *School Connectedness: Strategies for Increasing Protective Factors Among Youth*, 7 (2009), HTTPS://PERMA.CC/V47Q-VB22 (discussing the importance of "[a] positive school environment . . . characterized by caring and supportive interpersonal relationships; opportunities to participate in school activities and decision-making; and shared positive norms, goals, and values"); *see also* India D. Rose et al., *The Relationship of School Connectedness to Adolescents' Engagement in Co-Occurring Health Risks: A Meta-Analytic Review*, 40 J. of School Nursing 58, 59 (2024) (finding that stronger school connectedness is associated with higher levels of psychological well-being).

In issuing the Transgender Student Guidance for School Districts mandated by N.J. Stat. Ann. §§ 18A:36-41 and 18A:36-42, the Acting Commissioner of the New Jersey Department of Education reiterated these principles, noting that non-inclusive "policies, rules, and practices can have the effect of marginalizing, stigmatizing, and excluding students, whether they are gender nonconforming or not," and recognizing the need to "provide a safe and supportive learning environment that is free from discrimination and harassment for transgender students[.]" N.J. Dep't of Educ., Transgender Student Guidance for School Districts § 3 (2019), https://perma.cc/M2NC-N9HJ. This guidance, the laws that animated and required it, and the school district policies adopted in accordance therewith, are

part of New Jersey's commitment to ensuring the supportive environments TGD students need to learn, grow, and thrive.

## II. SUPPORTIVE SCHOOL ENVIRONMENTS HELP MITIGATE INCREASED RISKS THAT TGD YOUNG PEOPLE FACE.

Many TGD people start recognizing that their gender identities differ from the sex they were assigned at birth at an early age, when school environments like those discussed above play a vital role in any child's life and development. *See* Am. Psych. Ass'n, *Gender Dysphoria, Diagnostic & Statistical Manual*, ch. 17 (5th ed. 2013). A study of nearly 400 transgender minors revealed that they were "more likely to experience victimization, bullying, and to report a more negative school climate." Roberto L. Abreu et al., *LGBTQ Student Experiences in Schools from 2009-2019: A Systematic Review of Study Characteristics and Recommendations for Prevention and Intervention in School Psychology Journals,* 59 Psychol. Schs. 115, 116 (2022) (citation omitted). Accordingly, schools—in tandem with parents, guidance counselors, family members, peers, healthcare providers, and community organizations—play a key role in supporting TGD students who face outsized risks of bullying, isolation, discrimination, and pernicious self-doubt. As this Court has recognized, such policies serve a compelling state interest in protecting and caring for TGD students. *See Doe by & through Doe v. Boyertown Area Sch. Dist.*, 897 F.3d 518, 529 (3d Cir. 2018).

### A.     Gender-affirming school policies help TGD students secure physical and psychological safety.

Supportive school policies, practices, and guidelines like those challenged here dramatically improve TGD students' quality of life, not just during childhood and adolescence, but long into adulthood. TGD youth who are supported in their gender identity have developmentally normal levels of depression and only minimal elevations in anxiety, suggesting that supportive environments play an indispensable role in promoting mental health among the TGD community. *See* Kristina R. Olson et al., *Mental Health of Transgender Children Who Are Supported in Their Identities*, 137(3) Pediatrics 1 (Mar. 2016).

This support can take many forms. By training faculty, providing students with information and support in expressing their gender identity at school, and developing curricula that promote inclusivity regardless of sexual orientation and gender identity, schools can curb harassment and bullying and cultivate "[g]reater feelings of safety" among LGBTQ students. Molly O'Shaughnessy et al., *Safe Place to Learn: Consequences of Harassment Based on Actual or Perceived Sexual Orientation and Gender Non-Conformity and Steps for Making Schools Safer*, Cal. Safe Schs. Coal. 17 (Jan. 2004), HTTPS://PERMA.CC/3R9G-9Q4N; *see also* Jack K. Day et al., *Safe Schools? Transgender Youth's School Experiences and Perceptions of School Climate*, 47 J. Youth Adolescence 1731, 1734 (June 2018) (noting findings that "supportive educators, LGBT-inclusive curricula, and comprehensive anti-

bullying/anti-harassment policies improved school climate among transgender youth"). TGD youth who found mentors in teachers, staff members, and school administrators were "three times as likely to graduate from high school, had increased intentions to seek help for suicidal thoughts, and had positive[] . . . engagement and connectedness to their school[s.]" Enoch Leung et al., *Social Support in Schools and Related Outcomes for LGBTQ Youth: a Scoping Review*, 1 Discover Educ. 1, 11 (2022) (hereinafter "*Systematic Study*") (citations omitted).

School counselors specifically play an important role in creating a positive school environment, as they "have an opportunity to facilitate growth, awareness, knowledge and understanding so that both sexual minority and heterosexual individuals can learn and develop." Byrd at 4 (citation omitted). Indeed, studies have shown that "school counselors are crucial in modeling inclusivity of [TGD] students for other school staff." Abreu at 118 (citation omitted).

Anti-bullying and other inclusive policies are another form of critical support for TGD students, producing a more positive climate; decreased truancy; lower levels of victimization, bullying, and harassment; and increased safety. Tecelli Domínguez-Martínez & Rebeca Robles, *Preventing Transphobic Bullying and Promoting Inclusive Educational Environments: Literature Review and Implementing Recommendations*, 50 Archives of Med. Res. 543, 551–52 (2019); *see*

*also* Russell B. Toomey et al., *Gender-Nonconforming Lesbian, Gay, Bisexual, and Transgender Youth: School Victimization and Young Adult Psychosocial Adjustment*, 46 Developmental Psych. 1580, 1586 (2010) ("Enactment of school policies that specifically prohibit victimization due to LGBT status, gender nonconformity, and other types of bias-related harassment can help reduce negative psychosocial outcomes in LGBT and gender-nonconforming young people."); Ruby van Vliet et al., *Supportive School Strategies for Sexually and Gender Diverse Students: A Meta-Analysis of the Associations with Bullying-Victimization Experiences and Feelings of School Safety*, 47 Educ. Res. Rev. 100689, 10 (2025) ("[O]verall, students in schools with an LGBTQ-targeted strategy reported lower bullying-victimization and higher feelings of school safety.").

Even policies that simply ensure students are referred to by their correct name and pronouns correlate with far lower rates of discrimination, psychological distress, and suicide attempts. Joseph G. Kosciw et al., GLSEN, *The 2021 National School Climate Survey: The Experiences of LGBTQ+ Youth in Our Nation's Schools* 74 (2022), HTTPS://PERMA.CC/2FBT-3Q5V (hereinafter "*National School Climate Survey*"); Stephen T. Russell et al., *Chosen Name Use Is Linked to Reduced Depressive Symptoms, Suicidal Ideation, and Suicidal Behavior Among Transgender Youth*, 63 J. Adolescent Health 503, 503, 505 (2018). Such policies and

interventions protect the physical and psychological safety of TGD students so that they can succeed in school and beyond.

Schools that foster strong allyship across gender and sexuality, such as gay-straight alliances ("GSAs"), also provide students with greater support from faculty and a broader network of friendships and peer support. Tina Fetner & Athena Elafros, *The GSA Difference: LGBTQ and Ally Experiences in High Schools with and without Gay-Straight Alliances*, 4 Soc. Sci. 563, 569–70 (Aug. 7, 2015) (hereinafter "*GSA Difference*"); Carolyn Porta et al., *LGBTQ Youth's Views on Gay-Straight Alliances: Building Community, Providing Gateways, and Representing Safety and Support*, 87 J. Sch. Health 489, 495 (July 2017); *see also* V. Paul Poteat et al., *Gender-Sexuality Alliance Experiences and LGBTQ+ Inclusive School Policies and Practices Predict Youth's School Belonging*, 54 J. of Youth & Adolescence 1-16 (2025). GSA activities and LGBTQ-affirming school-wide campaigns "can promote tolerance, respect, and inclusion for LGBTQ youth," provide a space for advocacy and education, and help teachers better advocate for their students. *Systematic Study* at 13. Students in schools that do not have these structures in place, by contrast, have felt greater isolation, withdrawal, and open hostility from classmates and school employees. *GSA Difference* at 570–71.[5]

---

[5] These types of inclusive policies not only benefit TGD students, but "foster[] an environment of inclusivity, acceptance, and tolerance" that benefits all students, "leading to better outcomes for all students" and "reduc[ing] prejudices and

**B.    Without protection, TGD young people face increased bullying, abuse, stigma, and violence that lead to negative mental health and educational outcomes.**

Insufficient protections create preventable mental health risks for TGD young people that are significantly higher than in the general population.[6] As this Court has recognized, "[m]istreatment of transgender students can exacerbate gender dysphoria, lead to negative educational outcomes, and precipitate self-injurious behavior. When transgender students face discrimination in schools, the risk to their wellbeing cannot be overstated—indeed, it can be life threatening." *Doe*, 897 F.3d at 529. A culture that punishes gender variance subjects TGD people to widespread physical abuse, harassment, and sexual violence throughout their lives. Sandy E. James et al., *The Report of the 2015 U.S. Transgender Survey*, 199 (2016), HTTPS://PERMA.CC/FD24-PLKE (hereinafter "*2015 Transgender Survey*") ("Nearly half (48%) of respondents reported that they were denied equal treatment or service, verbally harassed, and/or physically attacked because of being transgender in the past year."); *see also* Sandy E. James et al., *Early Insights: A Report of the 2022 U.S. Transgender Survey*, 21 (2024), HTTPS://PERMA.CC/WS6Z-KHEW (hereinafter "*2022 Transgender Survey Early Insights*") (noting that "nearly one-third (30%) of

---

promot[ing] diverse relationships which later benefit students in the workplace and in their communities." *Doe*, 897 F.3d at 529.

[6] It is important to note that being TGD is not, as the American Psychiatric Association explains, a "mental disorder." Am. Psych. Ass'n, *Gender Dysphoria Diagnosis* (2017), HTTPS://PERMA.CC/PQ3F-HZ38.

respondents reported that they were verbally harassed in the last 12 months because of their gender identity or expression"); Rebecca L. Stotzer, *Violence Against Transgender People: A Review of United States Data*, 14 Aggression & Violent Behavior 170 (2009). Tragically, nearly 28% of TGD youth reported that they have been physically threatened or harmed in the past year due to their gender identity. The Trevor Project, *2024 U.S. National Survey on the Mental Health of LGBTQ+ Young People*, 13 (2024), HTTPS://PERMA.CC/PZY5-97XV (hereinafter "*2024 National Survey*").

Schools can be especially hostile environments for TGD students absent strong measures to affirm and protect them. TGD students are 1.66 times more likely to be bullied at school than their cisgender peers, 2.43 times more likely to be electronically bullied, and 4.15 times more likely to be threatened or injured with a weapon at school. Kasey B. Jackman et al., *Suicidality Among Gender Minority Youth: Analysis of 2017 Youth Risk Behavior Survey Data*, 25(2) Archives of Suicide Research 208, 214 tbl.2 (2019) (hereinafter "*Suicidality*"); *see also* Gilbert Gonzales & Cameron Deal, *Health Risk Factors and Outcomes Among Gender Minority High School Students in 15 US States*, 327 J. Am. Med. Ass'n 1498, 1499 (2022) (41.3% of transgender high schoolers reported bullying at school and 32.6% reported electronic bullying). Many LGBTQ students report feeling unsafe at school because

of their gender expression and often avoid school bathrooms, locker rooms, and gym classes due to safety issues. *National School Climate Survey* at 10–11.

In these environments, TGD students' learning outcomes and engagement in learning suffer along with their mental health. TGD young people are more than twice as likely than non-TGD people to miss school as a result of safety concerns. *Suicidality* at 218 tbl.4; *National School Climate Survey* at xxiv (reporting that nearly a third of LGBTQ students reported missing at least one day of school in the past month because they felt uncomfortable or unsafe). Even as school closures during the COVID-19 pandemic worsened mental health and learning outcomes among students, many TGD students welcomed those shutdowns as "sanctuary from harmful school environments," calling them "freedom from 'transphobic and homophobic people in real life for a while.'" Erin K. Gill & Mollie T. McQuillan, *LGBTQ+ Students' Peer Victimization and Mental Health before and during the COVID-19 Pandemic*, 19 Int'l J. Envtl. Res. & Pub. Health. 11537, 1, 9 (2022). Nevertheless, virtual learning took a harsher toll on TGD students than on others, with in-person harassment often giving way to cyberbullying that had similarly detrimental effects on its victims. Drew P. Cingel et al., *U.S. Adolescents' Attitudes Toward School, Social Connection, Media Use, and Mental Health During the COVID-19 Pandemic: Differences as a Function of Gender Identity and School Context*, 17 PLoS One 12 (2022) (TGD "youth reported less satisfaction with school,

lower levels of social connections and inclusion with a peer group, a larger drop in overall grades, and more mental health problems").

Unfettered bullying, discrimination, and violence result in far higher rates of depression, anxiety, disordered eating, and self-harm in TGD young people relative to their cisgender peers. Michael J. Pellicane & Jeffrey A. Ciesla, *Associations Between Minority Stress, Depression, and Suicidal Ideation and Attempts in Transgender and Gender Diverse (TGD) Individuals: Systematic Review and Meta-Analysis*, 91 Clinical Psych. Rev. 102113, 6–7 (2022); Maureen D. Connolly et al., *The Mental Health of Transgender Youth: Advances in Understanding*, 59 J. Adolescent Health 489, 491–93 (2016). Over 60% of TGD youth surveyed in a major 2020 study reported engaging in self-harm, with a similar number saying they had experienced symptoms of major depressive disorder in the preceding **two weeks**. *See* The Trevor Project, *National Survey on LGBTQ Youth Mental Health 2020*, 3 (2020), HTTPS://PERMA.CC/2PZA-7ZSV (hereinafter "*2020 National Survey*"). These serious issues often go untreated, as 50% of TGD youth surveyed in the past year wanted professional mental health care but were unable to access it, mainly because they were reluctant to seek their parents' or caregivers' help in doing so. *See 2024 National Survey* at 8–9.

As a result, TGD young people experience devastating suicide rates. Transgender youth are 2.71 times more likely to attempt suicide than other young

people. *Suicidality* at 214 tbl.2. One in five TGD youth respondents surveyed in 2020 said they had attempted suicide within the past year, *2020 National Survey* at 3, a figure that declined only modestly when the survey was repeated in 2024, *see 2024 National Survey* at 3. These incidents are also more likely to be severe, with transgender youth experiencing "suicide attempt[s] requiring medical care" with almost triple the frequency of a cisgender reference group. Brian C. Thoma et al., *Suicidality Disparities Between Transgender and Cisgender Adolescents*, 144 Pediatrics 6 (2019). Unsurprisingly, TGD youth of color experience higher rates of suicidality and suicide attempts, likely due to the compounded effects of racism and transphobia. *See 2024 National Survey* at 4–5. Statistics like these put into sharp relief the urgent need for school policies that affirm and protect the gender identity and expression of all students.

III.   **SCHOOL POLICIES THAT RESPECT THE AUTONOMY AND DISCRETION OF TGD YOUNG PEOPLE IMPROVE THEIR HEALTH, SAFETY, AND EDUCATIONAL OUTCOMES.**

Family responses to learning that a child is TGD are often "supportive, affirming, and celebratory." National LGBTQIA+ Health Education Center & National Health Care for the Homeless Council, *Engaging the Families of Transgender and Gender Diverse Children*, 2 (Sep. 10, 2021), HTTPS://PERMA.CC/SLK4-2Y8U (hereinafter, "*Engaging Families*"). Such home environments, like supportive school environments, significantly improve the

health, safety, and happiness of TGD young people. When families support and nurture TGD youth alongside school administrators, their acceptance stands as a bulwark against many of the negative outcomes that TGD people might otherwise face. *Id.* at 5. Parental support is "significantly associated with higher life satisfaction . . . and fewer depressive symptoms" among TGD people. Lisa Simons et al., *Parental Support and Mental Health Among Transgender Adolescents*, 53 J. Adolescent Health 791, 792 (2013); *see also* Anna L. Olsavsky et al., *Associations Among Gender-Affirming Hormonal Interventions, Social Support, and Transgender Adolescents' Mental Health*, 72 J. Adolescent Health 860, 863 (June 2023) ("Greater family support was correlated with fewer depressive symptoms, reports of NSSI, and reports of suicidality."); *Suicidality* at 217 (noting that "parental support of youth's gender minority identity" is a protective factor against high risks of suicide). Family support also corresponds with improved mental health including lower levels of self-harm, distress, and anxiety, and higher levels of self-esteem and resilience. Elliot A. Tebbe & Stephanie L. Budge, *Factors That Drive Mental Health Disparities and Promote Well-Being in Transgender and Nonbinary People*, 1 Nat'l Rev. of Psych. 694, 700 (2022); *see also* Joseph DelFerro et al., *The Role of Family Support in Moderating Mental Health Outcomes for LGBTQ+ Youth in Primary Care*, 178 JAMA Pediatrics 914, 917 (2024) (finding while interventions to enhance family support and strengths-based communication may be effective methods of

mitigating stress and enhancing resilience for all youth, they may be particularly effective among LGBTQ+ youth). Relatives can likewise improve a TGD young person's life by helping them access gender-affirming healthcare, legal assistance, and other resources that support their ability to live in accordance with their gender identity. Jack Andrzejewski et al., *Perspectives of Transgender Youth on Parental Support: Qualitative Findings from the Resilience and Transgender Youth Study*, 48 Health Educ. & Behavior 74, 77–78 (2021) (hereinafter "*Parental Support*").

For some families, learning that their child's gender identity differs from their sex assigned at birth is a shock, particularly for those who are not familiar with what it means to be TGD or who do not know people that are openly TGD. But with time, communication, and resources like those provided by many *amici*, even family members who do not know how to react initially to a child's gender identity frequently come to understand their TGD child and even become their advocates and champions. Caitlin Ryan et al., *Family-Based Psychosocial Care for Transgender and Gender-Diverse Children and Youth,* Child and Adolescent Psych. Clinics of N. Am. 1, 12 (2023), HTTPS://PERMA.CC/45SA-JXC3 ("Parents and caregivers struggling with having a TGD child can benefit from building skills in key areas, including basic communication skills for talking with their child and specific communication skills like neutral, respectful, and non-harmful language for discussing their child's gender identity and expression."). As the Legislature

expressly noted, N.J. Stat. Ann. § 18A:36-41(c), schools can provide resources to students and parents to provide support to TGD individuals. PFLAG, *Our Trans Loved Ones: Questions and Answers for Loved Ones of People Who Are Transgender or Nonbinary* 1 (2023), HTTPS://PERMA.CC/P5C5-8ENN; *see also* U.S. Dep't of Educ., *Supporting LGBTQI+ Youth* at 1, 3 (listing examples of "ways for schools to provide safe and supportive environments and equal access to educational opportunities for all students," such as "[a]dopting policies or model plans to guide school staff on how to support students and communicate with families" and "develop[ing] gender support plans" for transgender students).

Some family members, however, respond to a child's gender diversity with "anger, fear, doubt, and dismissiveness." *Engaging Families* at 2. 57% of TGD respondents aged 16-17 reported their families were not affirmatively supportive of their gender identity. *2022 Transgender Survey Early Insights* at 19; *see also 2015 Transgender Survey* at 70 (noting that roughly one in five TGD survey respondents reported that their families were not supportive of their gender identity). And the results of familial hostility or rejection can be dire. TGD people are significantly more likely than non-TGD people to experience physical, psychological, and sexual abuse from an immediate family member. Andrea L. Roberts et al., *Childhood Gender Nonconformity: A Risk Indicator for Childhood Abuse and Posttraumatic Stress in Youth*, 129(3) Pediatrics 410, 413-14 (Mar. 2012); *see also* Selene

Mezzalira et al., *Gender Felt Pressure, Affective Domains, and Mental Health Outcomes among Transgender and Gender Diverse (TGD) Children and Adolescents: A Systematic Review with Developmental and Clinical Implications*, 20 Int. J. Environ. Res. Public Health 1, 13 (2023) (finding that better family communications and greater family satisfaction were associated with fewer mental health outcomes (i.e., less self-harm and less depression and anxiety-related symptomatology), and with greater self-esteem and resiliency among TGD adolescents); *2022 Transgender Survey Early Insights* at 20 (reporting that more than one in ten TGD survey respondents had been the victim of violence at the hands of an immediate family member). Research confirms that rejection by family members corresponds directly to "negative psychosocial outcomes" including depression, anxiety, and suicidality. Emily M. Pariseau et al., *The Relationship Between Family Acceptance-Rejection and Transgender Youth Psychosocial Functioning*, 7 Clinical Practice in Pediatric Psych. 267, 273–74 (2022).

Parents and relatives are also the most likely source of pressure for young LGBTQ people to undergo so-called "conversion therapy" aimed at altering their gender identity or sexual orientation, *2020 National Survey* at 5, which the American Medical Association describes as "clinically and ethically inappropriate" and which has been rejected by "[a]ll leading professional medical and mental health associations . . . as a legitimate medical treatment." Am. Med. Ass'n, *Sexual*

*orientation and gender identity change efforts (so-called "conversion therapy")*, 3 (2019), HTTPS://PERMA.CC/FJJ9-54F2. Recognizing this fact, New Jersey—along with the majority of other jurisdictions in this Circuit—restricts the practice of conversion therapy on minors. N.J. Stat. Ann. § 45:1-55; 24 Del. Code § 1731(b)(24)-(25); 4 Pa. Code § 7.921(a). These states banned conversion therapy in order to "protect[] [their] citizens from ineffective or harmful professional services" with no credible evidence of efficacy and great potential to inflict harm— a purpose this Court has acknowledged as undoubtedly legitimate. *King v. Governor of the State of N.J.*, 767 F.3d 216, 235, 237 (3d Cir. 2014), *abrogated in part by Nat'l Inst. of Fam. & Life Advocs. v. Becerra*, 585 U.S. 755 (2018). In light of the serious dangers associated with this unscientific practice, every leading medical and mental health organization finds that efforts to change a young person's sexual orientation or gender identity are closely linked with a broad range of negative health outcomes both during adolescence and into adulthood, such as higher risks of suicide attempts, depression, and substance abuse. Am. Med. Ass'n, *Sexual orientation and gender identity change efforts (so-called "conversion therapy")*, 3; Caitlin Ryan et al., *Parent-Initiated Sexual Orientation Change Efforts With LGBT Adolescents: Implications for Young Adult Mental Health and Adjustment*, 67 J. Homosexuality 159, 160–61 & tbl.3 (2020) (noting the connection between "conversion therapy" and depression, suicidality, and other negative effects); *see also Tingley v. Ferguson*,

47 F.4th 1055, 1064 (9th Cir. 2022)("[E]very major medical, psychiatric, psychological, and professional mental health organization opposes the use of conversion therapy."); *King*, 767 F.3d at 238.

Family members may also deny TGD youth financial support, housing, and education, or deprive them of other key resources. Nearly 40% of TGD individuals reported that they were either forced to leave their family homes or treated in a manner that compelled them to leave after their family learned of their gender identity. *2020 National Survey* at 8; *see also 2015 Transgender Survey* at 68 ("Within an hour of coming out to my parents, I was kicked out into the cold with very few items and my car taken away. I was soon informed by my college that my parents had withdrawn my tuition for the upcoming spring semester. I was devastated."). Among TGD people rejected by their immediate family, 40% went on to experience houselessness, a figure twice as high as for those with supportive families. *2015 Transgender Survey* at 65. Even when family members do not remove financial support entirely, they can use that support to coerce TGD children into hiding their identities. As one TGD young person put it, she was "[s]till at present financially dependent on my parents, which allows for a lot of coercion and policing of where I can be out and in what capacity I can be out, and a lot of need for hiding different things." *Parental Support* at 77–78.

The familial rejection or abuse some TGD youth experience increases the

already high mental health risks, discussed above, that TGD people face in adolescence and throughout their lives. TGD people rejected by their family members are over 300% more likely to attempt suicide, and about 250% more likely to suffer substance abuse problems. Augustus Klein & Sarit A. Golub, *Family Rejection as a Predictor of Suicide Attempts and Substance Misuse Among Transgender and Gender Nonconforming Adults*, 3 LGBT Health 193, 196 tbl.1 (2016); *see also* Kristy A. Clark et al., *How Do Sexual and Gender Minority People Acquire the Capability for Suicide?*, 2 Qualitative Res. in Health 100044, 6 (2022) ("[C]hronic identity rejection and invalidation, especially during childhood and adolescence, can severely harm healthy identity development, causing [LGBTQ] young people to feel erased, invisible, or even non-existent, thereby contributing to their capability for suicide."). Likewise, 34% of LGBTQ youth who experienced housing instability—often prompted by hostile family members—reported attempting suicide. *2020 National Survey* at 8. Even a TGD young person's perception of parents as unsupportive or rejecting is generally "linked to psychological maladjustment, including higher levels of depressive symptoms and LGBTQ-identity disclosure stress." Arnold H. Grossman et al., *Parental Responses to Transgender and Gender Nonconforming Youth: Associations with Parent Support, Parental Abuse, and Youths' Psychological Adjustment*, 68(8) J. Homosexuality 1260, 1271-72 (July 3, 2021).

Given the varied responses families may have to a child's gender diversity, it is important to respect the reasons TGD youth may not be ready to share their identities at home. *Engaging Families* at 14. As noted above, family members often embrace and support their TGD children and relatives. But even youth who believe their parents will be supportive deserve the opportunity to share this part of themselves on their own terms and in their own way. And TGD youth from families that may struggle to understand their identity may need time to gather resources and determine the best way to engage their families for support. Moreover, as the evidence above shows, some families may not be supportive or willing to learn.

As those most familiar with their own families, TGD young people themselves are in the best position to decide when, how, and to whom they disclose their gender identity. Indeed, one's sexuality is "part of the physiological foundation necessary for self-actualization," and "sets the stage" for any important relationship in one's life. Jack Simons and Mary Cuadrado, *Narratives of School Counselors Regarding Advocacy for LGBTQ Students,* 22 Prof. Sch. Counseling 1, 5 (2019) (citation omitted). That is why it is clear that having a confidential relationship with a trusted school staff member—like a counselor—is of utmost importance for LGBTQ students and directly impacts whether or not they seek potentially vital assistance and support from their schools. Kristopher M. Goodrich & Melissa Luke, *LGBTQ Responsive School Counseling*, 3 J. of LGBT Issues in Counseling 113, 116

(2009). Indeed, many TGD students are reluctant to seek support at school for fear that school employees will "out" them to family members. *National School Climate Survey* at 26–27. A categorical rule requiring schools to notify parents of a TGD student's identity, regardless of the student's wishes or concerns about familial reactions, would place some students in a catch-22 whereby, in seeking essential support at school, they would risk exposing themselves to rejection or abuse at home. That outcome could deny these young people important and at times lifesaving support that school policies are specifically designed—and proven—to provide. The protections in the Laws and Policies against outing students against their will are rooted in respect for the autonomy and discretion of TGD young people, providing schools with resources and leaving them with a wide range of options to help them build acceptance and create the best chances for safety, positive mental health outcomes, and academic success.

## IV.    CONCLUSION

For the foregoing reasons, *amici* respectfully urge this Court to recognize the importance of the school support systems the Laws and Policies are designed to protect and to affirm the District Court's denial of Plaintiff-Appellant's Motion for a Preliminary Injunction.

Dated: September 9, 2025                    Respectfully submitted,

/s/ *Karen L. Loewy*

Karen L. Loewy
LAMBDA LEGAL DEFENSE &
EDUCATION FUND, INC.
815 16th Street NW, Suite 4140
Washington, DC 20006
(202) 804-6245
kloewy@lambdalegal.org

## CERTIFICATE OF COMPLIANCE

I, Karen L. Loewy, hereby certify that:

1.      I am a member of the bar of this Court.

2.      This brief complies with the type-volume limitation of Fed. R. App. P. 29(a)(5) and 32(a)(7)(B) because it contains 6,002 words, excluding the parts of the brief exempted by Fed. R. App. P. 32(f).

3.      This brief complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in Times New Roman, size 14.

4.      The text of this electronic brief is identical to the text in the paper copies that we will be providing the Court.

5.      A virus detection program has been run on the file and no virus was detected. The virus detection program used was the CrowdStrike Falcon Sensor, Version 7.27.19907.0.


Dated: September 9, 2025

                                        */s/ Karen L. Loewy*
                                        Karen L. Loewy

## CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2025, I electronically filed the foregoing Brief of Amici Curiae with the Clerk of the Court for the United States Court of Appeals for the Third Circuit by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

Dated: September 9, 2025

*/s/ Karen L. Loewy*
Karen L. Loewy