


September 10, 2025

***via CM/ECF***
Patricia S. Dodszuweit, Clerk
United States Court of Appeals for the Third Circuit
21400 United States Courthouse
601 Market Street
Philadelphia, PA 19106

Re: *Heaps v. Delaware Valley Regional High School Board of Education*, No. 24-3278

Dear Ms. Dodszuweit,

I write in response to Mr. Shah's September 4 letters to this Court and the district court. (*See* ECF Nos. 109-1 through -3.) As the letters themselves suggest, they rest on a hastily formed "misunderstanding" that counsel could have resolved without troubling this Court or the district court. (ECF No. 109-2 at 2.) Mr. Heaps and his daughter remain domiciled in the Delaware Valley School District.

Indeed, less than 24 hours after the filing of its letters, Delaware Valley enrolled Mr. Heaps's daughter in the same home-instruction program she completed last school year. (Heaps Aff. ¶ 14.[1]) That enrollment is inconsistent with the claim—based on three Facebook posts—that "the family has moved to Florida." (ECF No. 109-2 at 2.)

Shortly after Mr. Heaps filed this appeal, a fire destroyed his long-time home. (Heaps Aff. ¶ 3.) On April 1, 2025, Mr. Heaps, his daughter, and his partner, Nan Marie Hasson, began renting and living at a house in Stockton, New Jersey. (*Id.* ¶ 4.) Exhibits to the enclosed affidavit document Mr. Heaps's current residence in that house. (*See* Heaps Aff., Ex. A (current lease); Heaps Aff., Ex. B (recent bills in his name).)

[1] Filed simultaneously as an enclosure to this letter, both with redactions and unredacted with a motion for leave to file under seal.

44180 Riverside Parkway, Lansdowne, VA 20176 Phone: 571.707.4655 Fax: 571.707.4790 ADFlegal.org

Although Ms. Hasson purchased a property in Florida in June 2025, she, Mr. Heaps, and his daughter continue to reside at the Stockton house. (Heaps Aff. ¶¶ 5–6.) Since that purchase, Mr. Heaps has made multiple trips to Florida to look for work. (*Id.* ¶ 7.) He, Ms. Hasson, and his daughter may make other trips to Florida. (*Id.* ¶ 10.) And they eventually intend to relocate there. (*Id.* ¶ 5.) But for now, they still reside at the Stockton house and do not intend to relocate during this school year. (*Id.* ¶ 10.)

While school was out this summer, the family took a vacation to Florida. (*Id.* ¶ 8.) The social-media posts filed by Delaware Valley related to that vacation. (*Id.*) On August 15, over a week before the school year began, Ms. Hasson also posted that "[v]acation has officially ended" and that she was "home again." (*Id.* ¶ 9 (discussing Heaps Aff., Ex. C).) But Delaware Valley didn't file that social-media post.

As the enclosed materials show, Mr. Heaps and his daughter are domiciled in the Delaware Valley School District. So we ask the Court to proceed with resolution of this appeal on the merits. Counsel for Mr. Heaps in the proceedings below will file a copy of these materials in the district court and ask it to deny Delaware Valley's request for discovery.

Respectfully submitted,

*/s/ Vincent M. Wagner*

Vincent M. Wagner
Attorney for Plaintiff-Appellant

Enclosures

# CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2025, I electronically filed the foregoing letter with the Clerk of the Court for the United States Court of Appeals for the Third Circuit by using the CM/ECF system, which will accomplish service on counsel for all parties through the Court's electronic filing system.

*/s/ Vincent M. Wagner*
Vincent M. Wagner
Attorney for Plaintiff-Appellant