APPEAL NO. 24-3278
UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

CHRISTIN HEAPS,
*Plaintiff-Appellant,*

v.

DELAWARE VALLEY REGIONAL HIGH SCHOOL BOARD OF EDUCATION;
et al.,
*Defendants-Appellees.*

On Appeal from the United States District Court
for the District of New Jersey
Case No. 3:24-cv-00107

**AFFIDAVIT OF CHRISTIN HEAPS**

STATE OF NEW JERSEY   )
                                    ) ss:
COUNTY OF HUNTERDON)

CHRISTIN HEAPS, being duly sworn, upon my oath deposes and says:

1. I am the plaintiff-appellant in this matter.

2. My daughter and I have long resided in and continue to reside in the Delaware Valley school district.

3. Until a fire destroyed our home on January 24, 2025, we resided at ███████████████, Pittstown, New Jersey 08867. We lost nearly all of our possessions in the fire. Several of our family's pets died in the fire. When the fire broke out, my daughter and I were at home with my long-term partner, Nan Marie Hasson, who required medical

attention for smoke inhalation. Soon after the fire, we began staying with others while looking for housing.

4. We later found a rental house for our family that also had enough property for our surviving animals. This house is located at ███ ███████████, Stockton, New Jersey 08559. I began to live there with Ms. Hasson and my daughter on April 1, 2025. Attached as Exhibit A to this Affidavit is a current Residential Lease Agreement identifying me and Ms. Hasson as tenants on this property. Attached as Exhibit B to this Affidavit are documents dated within the past three months showing that the electricity, propane, and internet at this property are registered in my name and paid by me.

5. In June 2025, Ms. Hasson purchased a property in Florida. Eventually, I intend to relocate my family to Florida. But I do not intend to do that during this school year.

6. For now, I am currently renting and residing at the Stockton property with my daughter and Ms. Hasson, and I intend to continue doing so.

7. Since Ms. Hasson purchased the Florida property, I have made multiple trips to Florida to look for work.

8. While school was out this summer, my family took a vacation to Florida. During this trip, we stayed at the Florida property. The social-media posts Delaware Valley's counsel filed with the Court on September 4, 2025, were related to that vacation.

9. Ms. Hasson and my daughter returned to the Stockton property at the end of that vacation, over a week before the school year was set to begin. Attached as Exhibit C to this Affidavit is a Facebook post from August 15, 2025, in which Ms. Hasson says: "Home again home again jiggety jig. Vacation has officially ended. ... Now I have business and surgeries to attend to."

10. My daughter, Ms. Hasson, and I may make additional trips to Florida during the school year. But we will continue to reside at the Stockton property, which is in the Delaware Valley school district.

11. After the fire, Ms. Hasson's son began living with his grandmother at a different address in the Delaware Valley school district and continues to live there.

12. Additionally, we are in the process of conveying the property that contained the home destroyed by the fire to a family friend who is assuming the mortgage on that property. As of the date I executed this Affidavit, this transaction has not yet closed.

13. In past school years, Delaware Valley has not required me to submit proof of residency before enrolling my daughter.

14. On September 5, 2025, Delaware Valley contacted me and my daughter to set up her home-instruction program with Educere for the 2025–2026 school year, the same program she used for the 2024–2025 school year.

15. Because my daughter is residing in the Delaware Valley school district, she is participating in Delaware Valley's home-instruction program this school year.

I hereby certify that the foregoing statements are true, and I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

*[signature]*
Christin Heaps

---

The above-named affiant appeared before me, a licensed attorney in the State of New Jersey, on the 9th day of September, 2025, and I made known to him the contents of the above affidavit which was then sworn and subscribed to by said affiant before me on this date.

*[signature]*
Ronald A. Berutti
N.J. Bar No. 023361992
An Attorney-at-Law of New Jersey