No. 24-3278

In the United States Court of Appeals for the Third Circuit

CHRISTIN HEAPS,

*Plaintiff - Appellant*,

v.

DELAWARE VALLEY REGIONAL HIGH SCHOOL
BOARD OF EDUCATION, et al.

*Defendants – Appellees.*

---

On Appeal from the United States District Court
for the District of New Jersey
Case No. 8:24-cv-02017

---

**MOTION FOR LEAVE TO FILE BRIEF OUT OF TIME OF *AMICUS CURIAE* PFLAG, INC.; LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.; THE GAY, LESBIAN & STRAIGHT EDUCATION NETWORK; AND THE TREVOR PROJECT, INC.**

---

Jeffrey M. Gutkin
Reece Trevor
Miranda Li
Eva Spitzen
COOLEY LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
(415) 693-2000
jgutkin@cooley.com
rtrevor@cooley.com
mjli@cooley.com
espitzen@cooley.com

Karen L. Loewy
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
815 16th Street NW, Suite 4140
Washington, DC 20006
(202) 804-6245
kloewy@lambdalegal.org

Nicholas Hite
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
3500 Oak Lawn Avenue, Suite 500
Dallas, TX 75219
(504) 788-6118
nhite@lambdalegal.org

*Counsel for Amici Curiae*

## MOTION FOR LEAVE TO FILE BRIEF OUT OF TIME OF *AMICI CURIAE* IN SUPPORT OF AFFIRMANCE

*Amici Curiae* respectfully move for leave to file the Brief of Amicus Curiae out of time. In support of this motion, counsel represent as follows:

1. *Amici* are four organizations comprising parents, educators, youth, advocates, and allies who represent and support gender-diverse people throughout the nation.

2. In hopes of aiding the Court, *amici*'s brief provides a broad and empirically grounded view of the lives and challenges of transgender and gender-diverse ("TGD") children and the importance of policies protecting TGD students' ability to share their TGD identities with their families on their own terms.

3. Plaintiff-Appellant filed his opening brief on June 30, 2025.

4. On August 13, 2025, the Court granted a Consent Motion for Extension of Time to File Brief, setting the deadline for Defendants-Appellees' briefs for September 2, 2025.

5. On September 2, 2025, Defendants-Appellees filed their briefs.

6. As such, under Fed. R. App. P. 29(6), 3rd Cir. L.A.R. 26.1, and 3rd Cir. L.A.R. Misc. 113.3, the deadline for electronically filing an amicus brief in support of Defendants-Appellees was 5 p.m. on September 9, 2025.

7. Counsel for *amici* completed the proposed brief well before the 5 p.m. deadline, but encountered unanticipated delays associated with facilitating the final

list of *amici* signatories to the brief and technical difficulties conducting the virus scan required by 3rd Cir. L.A.R. 31.1(c).

8. Accordingly, *amici*'s counsel filed the brief at 9:07 p.m., slightly over four hours late.

9. Counsel for *amici* pledge to be mindful of the Court's 5 p.m. deadline in any future filings.

10. *Amici* do not believe a late filing of the proposed brief will result in prejudice to any party or the Court: the delay was slightly over four hours, and the deadline for Plaintiff-Appellant's reply brief is September 23, 2025.

For these reasons, *amici* respectfully request that the Court to grant the instant Motion for Leave to File Brief Out of Time.

- 3 -

Dated: September 15, 2025        Respectfully submitted,

                                                            */s/ Karen L. Loewy*
Karen L. Loewy (N.Y. Bar No. 5145883)
LAMBDA LEGAL DEFENSE & EDUCATION FUND, INC.
815 16th Street NW, Suite 4140
Washington, DC 20006
(202) 804-6245
kloewy@lambdalegal.org

Nicholas Hite
LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.
3500 Oak Lawn Avenue, Suite 500
Dallas, TX 75219
(504) 788-6118
nhite@lambdalegal.org

Jeffrey M. Gutkin
Reece Trevor
Miranda Li
Eva Spitzen
COOLEY LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
(415) 693-2000
jgutkin@cooley.com
rtrevor@cooley.com
mjli@cooley.com
espitzen@cooley.com

## CERTIFICATE OF COMPLIANCE

I, Karen L. Loewy, hereby certify that:

1. I am a member of the bar of this Court.

2. This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) because it contains 333 words, excluding the parts of the brief exempted by Fed. R. App. P. 32(f).

3. This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in Times New Roman, size 14.

4. A virus detection program has been run on the file and no virus was detected. The virus detection program used was the CrowdStrike Falcon Sensor, Version 7.27.19907.0.

Dated: September 15, 2025

                                                */s/ Karen L. Loewy*
                                                Karen L. Loewy

- 5 -

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2025, I electronically filed the foregoing Motion for Leave to File Brief Out of Time with the Clerk of the Court for the United States Court of Appeals for the Third Circuit by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

Dated: September 15, 2025

　　　　　　　　　　　　　　　　　　　*/s/ Karen L. Loewy*
　　　　　　　　　　　　　　　　　　　Karen L. Loewy