APPEAL NO. 24-3278
# UNITED STATES COURT OF APPEALS
## FOR THE THIRD CIRCUIT

CHRISTIN HEAPS,
*Plaintiff-Appellant*,

v.

DELAWARE VALLEY REGIONAL HIGH SCHOOL BOARD OF EDUCATION;
et al.,
*Defendants-Appellees*.

On Appeal from the United States District Court
for the District of New Jersey
Case No. 3:24-cv-00107

## JOINT STIPULATION OF DISMISSAL

The parties jointly stipulate to dismissal of the above-captioned appeal under Federal Rule of Appellate Procedure 42(b)(1). The parties agree to each bear their own costs and attorneys' fees related to this appeal, and no court fees are due.

                                              Respectfully submitted,

Dated: January 13, 2026               */s/ Vincent M. Wagner*

| | |
|---|---|
| John J. Bursch<br>ALLIANCE DEFENDING FREEDOM<br>440 First Street NW, Suite 600<br>Washington, DC 20001<br>(616) 450-4235<br>jbursch@ADFlegal.org | James A. Campbell<br>Vincent M. Wagner<br>ALLIANCE DEFENDING FREEDOM<br>44180 Riverside Pkwy<br>Lansdowne, VA 20176<br>(571) 707-4655<br>jcampbell@ADFlegal.org<br>vwagner@ADFlegal.org |
| Katherine L. Anderson<br>ALLIANCE DEFENDING FREEDOM<br>15100 N. 90th Street<br>Scottsdale, AZ 85260<br>(480) 444-0020<br>kanderson@ADFlegal.org | David A. Cortman<br>Chloe K. Jones<br>ALLIANCE DEFENDING FREEDOM<br>1000 Hurricane Shoals Rd. NE<br>Suite D-1100<br>Lawrenceville, GA 30043<br>(770) 339-0774<br>dcortman@ADFlegal.org<br>cjones@ADFlegal.org |
| Ronald A. Berutti<br>Gwyneth K. Murray-Nolan<br>MURRAY-NOLAN BERUTTI LLC<br>136 Central Ave, 2nd Floor<br>Clark, NY 07066<br>(980) 588-2111<br>ron@murray-nolanberutti.com<br>gwyneth@murray-nolanberutti.com | |

*Attorneys for Plaintiff-Appellant*

| | |
|---|---|
| */s/ Viviana M. Hanley* | */s/ Roshan D. Shah* |
| (with permission) | (with permission) |

Matthew J. Platkin
  *Attorney General of New Jersey*
Jeremy M. Feigenbaum
  *Solicitor General*
Sundeep Iyer
  *Chief Counsel*
Viviana M. Hanley
Matthew Lynch
Meghan K. Musso
  *Deputy Attorneys General*
OFFICE OF NEW JERSEY ATTORNEY
  GENERAL
R.J. Hughes Justice Complex
25 Market St., P.O. Box 080
Trenton, NJ 08625-0080
(862) 350-5800

*Attorneys for Defendants-Appellees Matthew J. Platkin and Kevin Dehmer*

Roshan D. Shah, Esq.
Ashu Verma, Esq.
SHAH LAW GROUP, LLC
1040 Broad Street
Suite 304
Shrewsbury, NJ 07702
(732) 576-0027

*Attorneys for Defendants-Appellees Delaware Valley Regional High School Board of Education, Scott McKinney, and Ashley Miranda*

3

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2026, I electronically filed this document with the Clerk of the Court for the United States Court of Appeals for the Third Circuit using the CM/ECF system, which will accomplish service on counsel for all parties through the Court's electronic filing system.

*/s/Vincent M. Wagner*
*Attorney for Plaintiff-Appellant*

January 13, 2026