# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 24-3278

Christin Heaps v. Delaware Valley Regional High School Board of Educ, et al

(U.S. District Court No.: 3:24-cv-00107)

## ORDER

It is hereby ORDERED that the above matter is dismissed pursuant to Fed. R. App. P. 42(b). A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated:    January 14, 2026
JK/cc:    Katherine L. Anderson, Esq.
Z. Gabriel Arkles, Esq.
Tiffany H. Bates, Esq.
Ronald A. Berutti, Esq.
John J. Bursch, Esq.
Talmadge Butts, Esq.
James A. Campbell, Esq.
Christian B. Corrigan, Esq.
David A. Cortman, Esq.
Alyssa Cory, Esq.
Deborah J. Dewart, Esq.
Steven W. Fitschen, Esq.
Seran Gee, Esq.
Lauren Hackett, Esq.
Viviana M. Hanley, Esq.
Denise Harle, Esq.
Chloe K. Jones, Esq.
Eric N. Kniffin, Esq.
Jeanne LoCicero, Esq.

**A True Copy:**

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate

Karen Loewy, Esq.
Matthew J. Lynch, Esq.
Mary E. McAlister, Esq.
Christopher E. Mills, Esq.
Cameron T. Norris, Esq.
Melissa E. Rhoads,
Ezra D. Rosenberg, Esq.
Jeffrey M. Schwab, Esq.
Roshan D. Shah, Esq.
Ilya Shapiro, Esq.
Anagha Sundararajan, Esq.
Kayla Toney, Esq.
Ashu Verma, Esq.
Vincent M. Wagner, Esq.
Randall L. Wenger, Esq.
John M. Wheat, Esq.